NO. 25-6596

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**ROQUETA BLAND**,
*Plaintiff-Appellant*,

v.

**KEVIN KANDOW**,
*Defendant-Appellee*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
D.C. NO. 2:24-CV-2346-DC-AC

# SUPPLEMENTAL EXCERPTS OF RECORD – VOLUME I OF I

ERIC GRANT
United States Attorney
W. DEAN CARTER
Assistant U.S. Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Defendant-Appellee Kevin Kandow

# INDEX



| Document | File Date | USDC Dkt. No. | Page No. |
|---|---|---|---|
| Judgment in a Civil Case | 09/30/2025 | Dkt. 16 | SER-003 |
| Order Adopting Findings and Recommendations | 09/30/2025 | Dkt. 15 | SER-004 |
| Findings and Recommendations | 01/02/2025 | Dkt. 10 | SER-006 |
| Certification of Scope of Federal Employment | 09/06/2024 | Dkt. 5-3 | SER-012 |
| Notice of Removal of Civil Action by Federal Defendant | 08/28/2024 | Dkt. 1 | SER-014 |
| San Joaquin Superior Court Docket | 08/28/2024 | Dkt. 1-1 | SER-016 |
| Request for Civil Harassment Restraining Order | 08/28/2024 | Dkt. 1-2 | SER-017 |
| Civil Restraining Order Notice to Filing Party | 08/28/2024 | Dkt. 1-3 | SER-028 |
| Notice of Appeal | 10/16/2025 | Dkt. 17 | SER-041 |
| Docket Sheet | | | SER-080 |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**ROQUETA Y. BLAND ,**

v.

**KEVIN KANDOW ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:24−CV−02346−DC−AC**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/30/2025 .**

ENTERED: **September 30, 2025** /s/ **Keith Holland**
Clerk of Court

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUETA Y. BLAND,<br>Plaintiff,<br>v.<br>KEVIN KANDOW,<br>Defendant. | No. 2:24-cv-02346 DC-AC (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. Nos. 5, 10) |

Plaintiff is proceeding in this action in *pro se*. This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 2, 2025, the assigned magistrate judge issued findings and recommendations, which were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (Doc. No. 10.)

On January 22, 2025, Plaintiff filed objections to the findings and recommendations. (Doc. No. 11.) Defendant filed a response thereto on February 6, 2025. (Doc. No. 12.) Plaintiff's objections do not provide a basis upon which to reject the magistrate judge's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, (Doc. No. 10), filed January 2, 2025 are ADOPTED in full;

2. Defendant's motion to dismiss for lack of subject matter jurisdiction, (Doc No. 5), is GRANTED; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 29, 2025**

Dena Coggins
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUETA Y. BLAND,<br>Plaintiff,<br>v.<br>KEVIN KANDOW,<br>Defendant. | No. 2:24-cv-2346 DC AC PS<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is proceeding in this matter pro se, and pre-trial proceedings are accordingly referred to the undersigned pursuant to Local Rule 302(c)(21). Defendant removed the case from state court on August 28, 2024. ECF No. 1. Defendant moved to dismiss this case on September 9, 2024, with a hearing date of November 6, 2024. ECF No. 5. Plaintiff initially did not respond. The court vacated the hearing to be reset as necessary and provided plaintiff an additional 14 days to file an opposition or statement of non-opposition. ECF No. 6. Plaintiff filed an opposition on October 9, 2024, requesting that the hearing be re-set. ECF No. 7. On October 10, 2024, Chief Judge Troy L. Nunley administratively re-assigned the district judge for this case. ECF No. 8. Plaintiff objected to that reassignment and included some substantive argument in her filing. ECF No. 9. Upon a full and careful review of all filings, the undersigned concludes that oral argument is highly unlikely to be productive and, in any event, is unnecessary under the circumstances. The court plainly lacks subject matter jurisdiction over the complaint. Accordingly, the

undersigned recommends this case be DISMISSED in its entirety for lack of subject matter jurisdiction.

## I. Background

### A. The Complaint

Roqueta Y. Bland, proceeding in pro se, filed a Request for Civil Harassment Restraining Order against Special Agent of the United States Federal Bureau of Investigation Kevin Kandow in San Joaquin Superior Court, Manteca Branch, Case No. MAN-CV-UCH-2024-009377. ECF No. 1 at 1. A copy of the docket is located at ECF No. 1-1. A copy of the Request is attached at ECF No. 1-2, and all other pleadings from the state court case are located at ECF No. 1-3. The Request seeks a restraining order against SA Kandow because he performed a search of plaintiff's residence during the investigation of plaintiff's nephew, who is currently in federal custody. ECF No. 1-2 at 1-3.

Plaintiff seeks a restraining order against SA Kandow, stating that Kandow raided her property located in Stockton, California. ECF No. 1-2 at 3. In the body of the request for a restraining order, plaintiff asserts Kandow and his workers broke into her house, where she lives with a 91-year-old retired veteran, violating her civil rights by surreptitious entry. Id. Plaintiff alleges she is being followed each time she leaves her home, "harassment 24/7, physical abuse, mental, emotional, sexual and nutritional deprivation etc. dental concerns, hearing impairment and medical concerns." Id. Plaintiff states "I have never seen Mr. Kevin Kandow use a gun at me nor harassing me physically, everything all [happening] thru digital insurrection entry activity." Id. at 4. Plaintiff goes on to allege "assault/battery, elder abuse, sterging around my body, cabbing thru vaginal, anal and other parts of my body, controlling me food intake and Hygiene and outdoor activity." Id. Plaintiff alleges monitoring devices have been placed in her bathroom and on her automobiles, and also on her sister's transportation. Id. at 6.

### B. Motions to Dismiss

Defendant moves to dismiss on two grounds. ECF No. 5-1 at 1-2. First, defendant asserts this court lacks subject-matter jurisdiction because the United States has not waived its sovereign immunity for claims to enjoin employees of the FBI. Second, plaintiff's restraining order request

is barred by the derivative jurisdiction doctrine. ECF No. 5-1.

## II. Analysis

A. Legal Standards Governing Motions to Dismiss Under Rule 12(b)(1)

Federal Rule of Civil Procedure 12(b)(1) allows a defendant to raise the defense, by motion, that the court lacks jurisdiction over the subject matter of an entire action or of specific claims alleged in the action. When a party brings a facial attack to subject matter jurisdiction, that party contends that the allegations of jurisdiction contained in the complaint are insufficient on their face to demonstrate the existence of jurisdiction. Safe Air for Everyone v. Meyer, 373 F.3d 1035, 1039 (9th Cir. 2004). In a Rule 12(b)(1) motion of this type, the factual allegations of the complaint are presumed to be true, and the motion is granted only if the plaintiff fails to allege an element necessary for subject matter jurisdiction. Savage v. Glendale Union High Sch. Dist. No. 205, 343 F.3d 1036, 1039 n.1 (9th Cir. 2003); Miranda v. Reno, 238 F.3d 1156, 1157 n.1 (9th Cir. 2001).

B. Dismissal is Required Because the U.S. Is Immune From Suit

The United States enjoys sovereign immunity from civil suits absent its consent, and this immunity extends to federal employees acting within the scope of their employment. Larson v. Domestic & Foreign Com. Corp., 337 U.S. 682, 703 (1949); see also Dugan v. Rank, 372 U.S. 609, 622 (1963); Allied/Royal Parking L.P. v. United States, 166 F.3d 1000, 1003 (9th Cir. 1999). Although plaintiff did not expressly name the government as a party, this is an action against the United States because the effect of the restraining order request is to restrict the FBI's ability to manage its workforce and conduct investigations. Larson, 337 U.S. 682, 687 (1949) (if the effect of judgment would be to restrain the government from acting, or compel it to act, the suit is against the sovereign); see also Will v. Mich. Dep't of State Police, 491 U.S. 58, 71 (1981) (stating that a suit against a government officer in his official capacity is really "a suit against the official's office," and so officers acting within their authority also receive sovereign immunity).

Defendant SA Kandow was acting "in his official capacity" as an officer of a federal agency of the United States at all times relevant to the Request. See 28 U.S.C. § 2679(d); Certification of Federal Employment by Edward Olsen, Chief of the Civil Division, United States

Attorney's Office for the Eastern District of California (ECF No. 5-3). "The United States has not consented to allow an injunction that would prevent FBI agents from having contact with or going near individuals who are related to subjects who are, or recently were, under investigation for federal crimes." ECF No. 5-1 at 3.

Waivers of sovereign immunity by the federal government which may apply in other civil actions are not applicable here. For example, the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680, waives sovereign immunity for the tortious acts of federal employees working in the scope of their employment, but the FTCA applies only to suits for money damages; it does not apply to claims for injunctive relief. 28 U.S.C. § 1346(b); see also, Westbay Steel, Inc. v. United States, 970 F.2d 648, 651 (9th Cir. 1992). In this case, Bland seeks injunctive relief, so the FTCA does not provide a waiver of sovereign immunity. Further, Bland cannot obtain relief under Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971) because she seeks equitable relief that would enjoin an agency from acting. Solida v. McKelvey, 820 F.3d 1090, 1095 (9th Cir. 2016) (plaintiffs cannot seek equitable relief against an agency through a Bivens action). Because Bland seeks an order that could potentially interfere in the FBI's investigation of crimes committed by Elmer Ngo, Bland's nephew who lived in Bland's property, by preventing the agent assigned to the case from going near Bland or her property, these routes to waiver of sovereign immunity which apply in some civil cases do not apply here. ECF No. 1-2 at 8-11. Because the defendant is immune from suit, the court lacks subject matter jurisdiction to continue with this case.

C. The Derivative Jurisdiction Doctrine Requires Dismissal

Defendant contends this court also lacks jurisdiction pursuant to the doctrine of derivative jurisdiction. ECF No. 5-1 at 4. The undersigned agrees. When an action is removed by the United States or any officer or employee of a federal agency in his or her official capacity under 28 U.S.C. § 1442, as is the case here, the doctrine of derivative jurisdiction holds that the jurisdiction of the federal court, or lack thereof, derives from that of the state court. The Ninth Circuit has explained that when an action is removed from state court by the United States pursuant to 28 U.S.C. § 1442(a)(1), the jurisdiction of the district court upon removal is derivative

of the state courts, and if the state court lacked subject-matter jurisdiction, so does the federal court. In re Elko County Grand Jury, 109 F.3d at 554, 555 (1997). Although Congress eliminated the doctrine of derivative jurisdiction for actions removed under 28 U.S.C. § 1441, see 28 U.S.C. § 1441(f), the doctrine "is alive and well and applies to 28 U.S.C. § 1442 removals." Glass v. Nat'l R.R. Passenger Corp., 570 F. Supp. 2d 1180, 1183 (C.D. Cal. 2008); see e.g., Cox v. U.S. Dep't of Agric., 800 F.3d 1031, 1032 (9th Cir. 2015) (per curiam, applying the derivative jurisdiction doctrine).

Here, the state court lacked jurisdiction to restrain the activities of an FBI agent because of the Supremacy Clause contained in the U.S. Constitution. The "activities of the Federal Government are free from regulation by any state." Hancock v. Train, 426 U.S. 167, 178 (2006), quoting Mayo v. United States, 319 U.S. 441, 445 (1943). Accordingly, because the Sacramento County Superior Court lacked jurisdiction over Bland's request for a restraining order, this court likewise lacks jurisdiction by operation of the derivative jurisdiction doctrine. The undersigned concludes that the court lacks jurisdiction to proceed with this case.

**III. Leave to Amend Is Not Appropriate**

A plaintiff appearing in pro se should be given leave to amend unless it is clear that amendment would be futile. Noll v. Carlson, 809 F.2d 1446, 1449 (9th Cir. 1987). Here, it is clear that amendment is futile and leave to amend is inappropriate. Subject matter jurisdiction must exist as of the time the action is commenced." Morongo Band of Mission Indians v. Cal. State Bd. of Equalization, 858 F.2d 1376, 1380 (9th Cir. 1988). "If jurisdiction is lacking at the outset, the district court has 'no power to do anything with the case except dismiss.'" Id. Because it is clear that this court lacks subject matter jurisdiction, dismissal without leave to amend is appropriate.

**IV. Pro Se Plaintiff's Summary**

It is being recommended that your case be dismissed without leave to amend because the court does not have authority to hear a civil case attempting to stop the FBI or its agents from proceeding with an investigation. You have 21 days to object to this recommendation if you wish to do so. The District Judge will make the final decision.

**V. Conclusion**

For the reasons set forth above, the undersigned recommends that defendant's motion to dismiss (ECF No. 5) be GRANTED and that this case be DISMISSED in its entirety for lack of jurisdiction, and the case closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within twenty-one days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Id.; see also Local Rule 304(b). Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

DATED: December 30, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

PHILLIP A. TALBERT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
KEVIN KANDOW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUETA Y. BLAND,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN KANDOW,<br><br>Defendant. | CASE NO. 2:24-cv-02346-KJM-AC<br><br>**CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT** |

**CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT**

I, Edward Olsen, Chief of the Civil Division, United States Attorney's Office for the Eastern District of California, acting pursuant to the provisions of 28 U.S.C. § 2679(d) and by virtue of the authority vested in me by 28 C.F.R. § 15.4 and by the United States Attorney, hereby certify and attest that:

1. I have read the Temporary Restraining Order Request and other relevant documents regarding this action.

2. On the basis of the information now available to me, Defendant Kevin Kandow was an employee of the United States Federal Bureau of Investigation and was acting within the scope of such federal employment at the time of the incidents alleged in the Temporary Restraining Order Request.

Dated: August 30, 2024

EDWARD OLSEN
Civil Division Chief
U.S. Attorney's Office for the
Eastern District of California

PHILLIP A. TALBERT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUETA Y. BLAND,<br><br>Claimant,<br><br>v.<br><br>KEVIN KANDOW,<br><br>Respondent. | CASE NO.<br><br>NOTICE OF REMOVAL OF CIVIL ACTION BY FEDERAL DEFENDANT |

TO THE HONORABLE JUDGES OF THIS COURT:

PLEASE TAKE NOTICE that the above-captioned action is hereby removed from San Joaquin County Superior Court – Manteca Branch to the United States District Court pursuant to 28 U.S.C. § 1442(a)(1). The United States of America represents the following:

1. Plaintiff Roqueta Y. Bland filed a Request for Civil Harassment Restraining Order against a special agent of the United States Federal Bureau of Investigation in San Joaquin Superior Court, Manteca Branch, Case No. MAN-CV-UCH-2024-009377. A copy of the docket is attached as **Exhibit A.** A copy of the Request is attached as **Exhibit B**, and all other pleadings are attached as **Exhibit C.** The Request seeks a restraining order against SA Kevin Kandow because he performed a search of Plaintiff's residence during the investigation of Plaintiff's nephew, who is currently in federal custody.

2. The Court has exclusive jurisdiction over civil actions against a federal officer (or any person acting under that officer) of an agency of the United States. 28 U.S.C.§ 1442(a)(1)

3. Removal is timely under 28 U.S.C. § 1442(a)(1) because the action is currently pending in a state court in Case No. MAN-CV-UCH-2024-00937.

4. No bond is required pursuant to 28 U.S.C. § 2408.

Respectfully submitted,

DATED: August 28, 2024

PHILLIP A. TALBERT
United States Attorney

By: *_/s/ W. Dean Carter_*
W. DEAN CARTER
Assistant United States Attorney

Attorneys for the United States

Superior Court San Joaquin

SEARCHES CASES SCHEDULING LOGO

Public : MAN-CV-UCH-2024-0009377· Documents

CIVIL CASE
- Case Status
- Civil Case
- Civil Hearings
- Document Mgmt
- Judges
- ROA

CIVIL DOCUMENTS ▸ MAN-CV-UCH-2024-0009377 Roqueta Y. Bland vs Kevin Kandow CASE STATUS ▸ Pending - Aug 7, 20

FROM DATE 00/00/0000
TO DATE 00/00/0000
DOCUMENT TITLE TEXT
SORT ORDER ◉ Ascending ○ Descending

INCLUDE ASSOCIATED CASES DOCUMENTS ☐

RETRIEVE

1 - 6 o

Select: All, None

| SEL | DOCUMENT ID | VERIFIED | SCAN DATE | *TITLE | ROA | | SEALED |
|---|---|---|---|---|---|---|---|
| ☐ | 22575873 | ☐ | 08/07/2024 | CivilRestrainingOrderNoticetoFilingParty.rtf | CRONTFP:Civil Restraining Order Notice to Filing Party. on 08/07/2024 at 10:48 AM | VIEW | SEALED |
| ☐ | 22584838 | ☐ | 08/07/2024 | CM010 Civil Case Cover Sheet | FILE:Civil Case Cover Sheet filed by Bland, Roqueta Y.. on 08/07/2024 at 10:40 AM | VIEW | SEALED |
| ☐ | 22584871 | ☐ | 08/07/2024 | CH100 Request for Civil Harassment Restraining Orders | FILE:Request for Orders to Stop Harassment with Violence (Civil Harassment) filed by Bland, I | VIEW | SEALED |
| ☐ | 22585024 | ☐ | 08/08/2024 | Denied CH110 Temporary Restraining Order | ORDFLD:Temporary Restraining Order Denied and filed on 08/08/2024. on 08/08/2024 at 08:2 | VIEW | SEALED |
| ☐ | 22585044 | ☐ | 08/08/2024 | CH109 Notice of Court Hearing (Civil Harassment Preventi | JUOF:Notice of Court Hearing - TRO filed by Roqueta Y. Bland. on 08/08/2024 at 08:28 AM | VIEW | SEALED |
| ☐ | 22643778 | ☐ | 08/20/2024 | Proof of Service | POSF:Proof of service as to Kevin Kandow served 8-14-24 w/fees of $50 filed by Bland, Roqu | VIEW | SEALED |

1 - 6 o

REFRESH CANCEL

**CH-100** **Request for Civil Harassment Restraining Orders**

Clerk stamps date here when form is filed.

FILED
2024 AUG -7 AM 10:40
STEPHANIE BOHRER, CLERK
BY [signature] DEPUTY

Read *Can a Civil Harassment Restraining Order Help Me? (form CH-100-INFO)* before completing this form. Also fill out *Confidential CLETS Information (form CLETS-001)* with as much information as you know.

Fill in court name and street address:
Superior Court of California, County of
SUPERIOR COURT
Manteca Branch
315 E. Center St.
Manteca, CA 95336

Court fills in case number when form is filed.
Case Number: MAN-CV-UCH-2024-009377

## 1 Person Seeking Protection

a. Your Full Name: ROQUETTA Y BLAND Age: 69

Your Lawyer *(if you have one for this case)*
Name: SELF! ROQUETTA Y BLAND State Bar No.: N/A
Firm Name: N/A

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*
Address: 9980 River View Circle
City: stockton State: CA Zip: 95209
Telephone: 209-239-7434 Fax: N/A
Email Address: Countrymusiclover1@Verizon.net

## 2 Person From Whom Protection Is Sought

Full Name: Kevin Kandow US. Dept. FBI Age: unknown
Address *(if known)*: 650 N. Wilma Ave. Suite B
City: Repon State: CA Zip: 95366

## 3 Additional Protected Persons

a. Are you asking for protection for any other family or household members? ☐ Yes ☐ No *If yes, list them*

| Full Name | Gender | Age | Lives with you? | How are they related to you? |
| --- | --- | --- | --- | --- |
| Alfred R. Bland | M | 91 | ☑ Yes ☐ No | Husband |
| Daniel Y Harvey | M | 38 | ☐ Yes ☑ No | Son |
| Aislynn L. Harvey | F | 38 | ☐ Yes ☑ No | daughter in law |
| Victoria L. Harvey | F | 4½ yr old | ☐ Yes ☑ No | grandchild |

☑ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use form MC-025,* Attachment.

b. Why do these people need protection? *(Explain below)*:
☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.*

b. My family needs protection because I am a subject of interest to my nephew Elmer Y Ngo who is detain in Federal Jail Sacramento and is waiting or place in detention for sentencing in ~~Aug~~ November 2024. See attachment

**This is not a Court Order.**

Case Number:

## ④ Relationship of Parties

How do you know the person in ②? *(Explain below):*

☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

Mr. Kandow, special agent (FBI) has interviewed my nephew Elmer Yusay Ngo in 2/16/2022.

## ⑤ Venue

Why are you filing in this county? *(Check all that apply):*

a. ☑ The person in ② lives in this county.

b. ☐ I was harassed by the person in ② in this county.

c. ☑ Other *(specify):* He interviewed my nephew who lives in my property in Stockton.

## ⑥ Other Court Cases

a. Have you or any of the persons named in ③ been involved in another court case with the person in ②?

☐ Yes ☒ No *(If yes, check each kind of case and indicate where and when each was filed.)*

| | Kind of Case | Filed in (County/State) | Year Filed | Case Number (if know |
|---|---|---|---|---|
| (1) | ☐ Civil Harassment | | | |
| (2) | ☐ Domestic Violence | | | |
| (3) | ☐ Divorce, Nullity, Legal Separation | | | |
| (4) | ☐ Paternity, Parentage, Child Custody | | | |
| (5) | ☐ Elder or Dependent Adult Abuse | | | |
| (6) | ☐ Eviction | | | |
| (7) | ☐ Guardianship | | | |
| (8) | ☐ Workplace Violence | | | |
| (9) | ☐ Small Claims | | | |
| (10) | ☐ Criminal | | | |
| (11) | ☐ Other *(specify):* | | | |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in ③ and the person in ②? ☒ No ☐ Yes *(If yes, attach a copy if you have one.)*

## ⑦ Description of Harassment

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in ② harassed you.

(1) When did it happen? *(provide date or estimated date):* It is through surreptitious entry thru digital means. - see attachment

(2) Who else was there? Rebecca Y Ngo, Weily Ngo, Elmer Ngo, Jonas Y Dequina and me Croquieta Y Bland AKA - Marilin Yusay Harvey.

This is not a Court Order

MC-025

SHORT TITLE: ATTACHMENT 4.

CASE NUMBER:

ATTACHMENT (Number): ____________

(This Attachment may be used with any Judicial Council form.)

(4) Kevin Kandow - is a special agent, US Dept. Federal Bureau Investigation. I only know him after the raided of my property located at 9980 River View Circle Stockton, CA - 95209 - He was the person who had interviewed my nephew: Elmer Y Ngo, who is now under a custody of the Federal Jail, Sacramento CA and is awaiting to be sentence, scheduled on Nov. 8, 2024. While he is waiting to be sentenced, he is placed under a custody by US marshall, Marysville (Yub co.). After the stockton home was Raided, People who are their workers, entered/break into the house where me and my 91 year old Retired Veteran live that is located in 561, Albreach st - Manteca CA 95337. There is a civil rights violation, home invasion by way of surreptitious entry (digetal, my Rights, family: Son in new york, sisters and nephews that live in stockton, we are being followed each time we leave home, harassment 24/7, physical abuse, mental, emotional, sexual and nutritional deprivation, etc. Dental concerns, hearing impairment and medical concerns.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page ______ of ______

(Add pages as required)

Case Number:

7 a. (3) How did the person in (2) harass you? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.*

see and Read description of harassment: Wherever I go, I heard derogatory and fowl language I am face, sting all over parts of my body, shackle, tags around my neck, feel webs, being watch when I take a bath or going to BM/pee, cabb around my body, toe nails protrudes and much more ...!

(4) Did the person in (2) use or threaten to use a gun or any other weapon?

☐ Yes ☑ No *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

I have never seen Mr. Kevin Kandow use a gun at me, nor harassing me physically every thing all happening thru digital a insurreption entry activity

(5) Were you harmed or injured because of the harassment?

☑ Yes ☐ No *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*

assault/battery, Elder abuse, Stenging around my body, cabbing thru vaginal, anal and other parts of my body, controlling me food intake and Hygiene and outdoor activity

(6) Did the police come? ☑ Yes ☐ No

If yes, did they give you or the person in (2) an Emergency Protective Order? ☐ Yes ☑ No

If yes, the order protects *(check all that apply):*

☐ Me ☐ The person in (2) ☐ The persons in (3).

*(Attach a copy of the order if you have one.)*

b. Has the person in (2) harassed you at other times?

☐ Yes ☐ No *(If yes, describe prior incidents and provide dates of harassment below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

It is hard for me to pin point who did or doing the harassment, though I heard them using AKA different names through surreptitious or intervention digital entry-

This is not a Court Order.

MC-025

| SHORT TITLE: 7(a3)(7a5) | CASE NUMBER: |
| --- | --- |

**ATTACHMENT** *(Number)*: ____________

*(This Attachment may be used with any Judicial Council form.)*

Elder abuse, sting, tagging, dace, shackles by using electric circuits, calling me names, derogatory languages accusing me for wrong doing, stalking or being followed wherever we go, my son and his family in New york, my sisters and niece and her family in Texas and mostly in the philippines -

Invasion of privacy, taking away my rights and previledges, home invasion. Note - After the stockton house (9980 River view circle Stockton CA, 95209), The group of people secretly entered to the Manteca house on 561 Albrecht st, Manteca CA 95337 and wired in and out of the property - Some of the photos that I had taken, it disappeared out from my Ipad - Confidentiality concerns and issues - Policemen and other law police enforcers are also involve in the sting thru surreptitious entry or digital communication - and Amendment 8, Penal code of CA 502, 503 - My nephew who is in a Federal jail is awaiting for or to be sentence - Me and him Elmer ingo are used for collateral -

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ______ of ______

*(Add pages as required)*

MC-025

| SHORT TITLE: 7a(5) Attachment 7 - Harm / Injury | CASE NUMBER: |
| --- | --- |

**ATTACHMENT** *(Number)*: ____________

*(This Attachment may be used with any Judicial Council form.)*

Both Bathrooms have monitoring devices & the whole house it includes outdoors, My automobiles have tracking devices - and so on my sister's transportations, My son and his family members are being stalking (followed [illegible], sting, dace, tags and my family in Texas and Philippines. All my electronic devices are haack, emails, bank account, safe deposit box at B of A.) Shackles 24/7 me and family -

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ______ of ______

*(Add pages as required)*

MC-025

SHORT TITLE: 7 Description of Harassment

CASE NUMBER:

**ATTACHMENT** *(Number)*: ______

*(This Attachment may be used with any Judicial Council form.)*

Feb. 16, 2022 when the house or property located at 9980 River View ~~Cir~~ Circle, Stockton CA 95209, this property was Raided by the Police / Military / FBI; Lathrop, Manteca, Stockton of San Joaquin County. — Since they came with group, it is difficult for me to pin point but all I know, that Mr. Kevin Kandow, and he had another Agent that also came with them at time that my nephew was interviewed After they all left the house, few days later when me and my 91 year old went back to 561 Albrecht st, manteca, the house inside was already had points inside the house, lights are flickering with motion detectors, inside and outside the house has sand built in, the outside back door and storage has newly painted with the decoy. sound is also mounted. Devices like monitoring devices are already wired in. All electronic devices are hack, Bank acct, even to my B of A safe deposit box - Me and my family are being stalk until now - Defamation, so much things that I still need to express and dont even remember most of it!

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ____ of ____

*(Add pages as required)*

Case Number:

**Check the orders you want.** ☑

## ⑧ ☐ Personal Conduct Orders

I ask the court to order the person in ② **not** to do any of the following things to me or to any person to be protected listed in ③:

a. ☑ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☑ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by email, by text message, by fax, or by other electronic means.

c. ☑ Other *(specify)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.*

Before and after the house both property are ~~Vandalism~~ Raided, Vandalism has occured "see attachment for explanation"

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

## ⑨ ☐ Stay-Away Orders

a. I ask the court to order the person in ② to stay at least ___ yards away from *(check all that apply)*:

(1) ☑ Me.
(2) ☑ The other persons listed in ③.
(3) ☑ My home.
(4) ☐ My job or workplace.
(5) ☐ My school.
(6) ☐ My children's school.
(7) ☐ My children's place of child care.
(8) ☑ My vehicle.
(9) ☑ Other *(specify)*: My Son and his family in New york, & He has 4 1/2 yr old child my sisters, nephews and other family members

b. If the court orders the person in ② to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job? ☑ Yes ☐ No *(If no, explain below)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.*

## ⑩ Firearms (Guns), Firearm Parts, and Ammunition

Does the person in ② own or possess any firearms (guns), firearm parts, or ammunition? This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531). ☐ Yes ☐ No ☑ I don't know

*If the judge grants a protective order, the person in ② will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive firearms (guns), firearm parts, and ammunition while the protective order is in effect. The person in ② will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms (guns) and firearm parts within their immediate possession or control.*

**This is not a Court Order.**

4

MC-025

| SHORT TITLE: ATTACHMENT 8C | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number)*: ______________

*(This Attachment may be used with any Judicial Council form.)*

All door knobs are tampered, ADT security Alarm is tampered, Passwords, mails, all electronic gadgets are haack, car alarm dismantle, All Veheckles are wired of tracking devices, Water heater is leaking, garage door opener broken, garbage/Trash can covers are spray painted, door handle that wasn't moanted ~~before~~ before on door of outside garage has key holder visible from outside, Sound of decoy like animals sound and Beamers light are also wired on - All electronic devices light are blue color instead of green or red - the inside house walls and floors are slippery feeling like powdery substance. When I make phone calls the calls that I made to, are or were transfered to a defferent caller - There is a white powdery substance or agent that I seen outside and inside the house. My clothes and my personal belongings have powdery white substance - I went to Police station in manteca and stockton and reported about the ongoing harassment, but I was told that I have to seek for mental health services. I have had attended the mental health counseling and I even told to take medication, because I am labelled for or as Schezophrinec -

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ______ of ______

*(Add pages as required)*

(11) ☐ **Temporary Restraining Order**

I request that a Temporary Restraining Order (TRO) be issued against the person in (2) to last until the hearing. I am presenting form CH-110, *Temporary Restraining Order,* for the court's signature together with this *Request.*

Has the person in (2) been told that you were going to go to court to seek a TRO against him or her?

☐ Yes ☑ No *(If you answered no, explain why below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11—Temporary Restraining Order" for a title.*

Personally no I don't think that it is my obligation to inform him — the

(12) ☐ **Request to Give Less Than Five Days' Notice of Hearing**

*You must have your papers personally served on the person in (2) at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains* What Is "Proof of Personal Service"? *Form CH-200,* Proof of Personal Service, *may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12—Request to Give Less Than Five Days' Notice" for a title.*

(13) ☐ **No Fee for Filing or Service**

a. ☐ There should be no filing fee because the person in (2) has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☐ The sheriff or marshal should serve (notify) the person in (2) about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☐ There should be no filing fee and the sheriff or marshal should serve the person in (2) for free because I am entitled to a fee waiver. *(You must complete and file form FW-001,* Application for Waiver of Court Fees and Costs *.)*

(14) ☐ **Lawyer's Fees and Costs**

I ask the court to order payment of my ☐ lawyer's fees ☐ Court costs.

The amounts requested are:

| Item | Amount | Item | Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

**This is not a Court Order.**

Case Number:

## (15) ☑ Possession and Protection of Animals

I ask the court to order the following:

a. ☑ That I be given the sole possession, care, and control of the animals listed below, which I own, possess, lease, keep, or hold, or which reside in my household.
*(Identify animals by, e.g., type, breed, name, color, sex.)*

1 dog zhitzu

I request sole possession of the animals because *(specify good cause for granting order)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 15a—Possession of Animals" for a title.*

N/A

b. ☐ That the person in (2) must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

## (16) ☐ Additional Orders Requested

I ask the court to make the following additional orders *(specify)*:

☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet o paper or form MC-025 and write "Attachment 16—Additional Orders Requested," for a title.*

Me and my family wants freedom and justice
My son in New York along with his 4 1/2 yr old child
and wife are being harass, my sisters here and in
Philippines all our places.

(17) Number of pages attached to this form, if any: _____

Date: ______________________

SELF (ROQUETA Y BLAND) — *Lawyer's name (if any)*

▶ Roqueta y Bland — *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 8/17/24

ROQUETA Y BLAND — *Type or print your name*

▶ Roqueta y Bland — *Sign your name*

**This is not a Court Order**

6

# SUPERIOR COURT OF CALIFORNIA

**San Joaquin County**
**315 E Center Street**
**Manteca, CA 95336**

## CIVIL RESTRAINING ORDER NOTICE TO FILING PARTY

| CASE NUMBER | COURT LOCATION | PHONE NUMBER |
|---|---|---|
| **MAN-CV-UCH-2024-0009377** | **Manteca** | **Stockton Branch: 209-992-5693**<br>**Manteca Branch: 209-239-9188**<br>**Lodi Branch: 209-992-5522** |

Please be advised that court employees may not give legal advice. You may need to seek legal advice or do your own research if you are not familiar with this legal process. Additional information is available from the Superior Court of California, County of San Joaquin website www.sjcourts.org under the Self-Help tab – Harassment & Restraining Orders.

- Documents completed and filed with the clerk's office by 10:00 a.m. are generally ready for pick up between 2:30 p.m. and 5:00 p.m. on the same day.
- Documents completed and filed with the clerk's office after 10:00 a.m. are generally ready for pick up the following business day.
- You may contact the clerk's office at the phone number listed above to verify if your paper work is ready. Be sure to contact the court branch location where you filed your paperwork.
  Please have your case number with you when you call, the case number is listed at the top of this form.
  *Note: The clerk's office will not contact you regarding your paperwork.*
- Clerk's office and phone hours: Monday through Friday, 8:00 a.m. to 4:00 p.m.

**BRING THIS NOTICE WITH YOU WHEN YOU RETURN TO PICK UP YOUR DOCUMENTS**

Date: 08/07/2024

By, Lisa Gomez , Deputy Clerk

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
SELF - ROQUETTA YUSAY BLAND
AKA- MARIAN YUSAY HARVEY BLAND
TELEPHONE NO.: 209-239-7434 FAX NO.:
EMAIL ADDRESS: countrymusic lover1 evilzm.net
ATTORNEY FOR *(Name)*: /

*FOR COURT USE ONLY*

FILED
SUPERIOR COURT-MANTECA
2024 AUG -7 AM 10:40
STEPHANIE BOHRER, CLERK
BY [signature] DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: MANTECA

SUPERIOR COURT
Manteca Branch
315 E. Center St.
Manteca, CA 95336

CASE NAME:

CASE NUMBER: MAN-CV-UCH-2024-009377

## CIVIL CASE COVER SHEET

[X] **Unlimited** (Amount demanded exceeds $35,000)
[ ] **Limited** (Amount demanded is $35,000 or less)

**Complex Case Designation**
[ ] Counter [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

JUDGE:
DEPT.:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [X] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [ ] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*:
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 8/7/24

ROQUETTA YUSAY BLAND
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
  - Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice–Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - 0 Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease
    - Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
- Confession of Judgment *(non-domestic relations)*
- Sister State Judgment
- Administrative Agency Award *(not unpaid taxes)*
- Petition/Certification of Entry of Judgment on Unpaid Taxes
- Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition



For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form | Save this form | Clear this form

# CH-110 Temporary Restraining Order

Clerk stamps date here when form is filed.

FILED
SUPERIOR COURT-MANTECA
2024 AUG -8 AM 8:28
STEPHANIE BOHRER, CLERK
BY [signature] DEPUTY

*Person in ① must complete items ①, ②, and ③ only.*

## ① Protected Person

a. Your Full Name: ROQUETA YUSAY BLAND

Your Lawyer *(if you have one for this case):*
Name: SELF State Bar No.: N/A
Firm Name: N/A

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.):*
Address: 9980 RIVER VIEW CIRCLE
City: STOCKTON State: CA Zip: 95209
Telephone: 209-239-7434 Fax: none
Email Address: countrymusiclover1@verizon.net

Fill in court name and street address:
Superior Court of California, County of
SUPERIOR COURT
Manteca Branch
315 E. Center St.
Manteca, CA 95336

Court fills in case number when form is filed.
MAN-CV-UCH-2024- 0093777

## ② Restrained Person

*(Give all the information you know. Information with a star (*) is required to add this order to the California police database. If age is unknown, give an estimate.)*

*Full Name: Kevin Kandow *Age: 38 Date of Birth: unknown
*Race: ASIAN Height: 5' 6" Weight: 140 Hair Color: BLK Eye Color: BLK
*Gender: ☒ M ☐ F ☐ Nonbinary Home Address: 650 N. WILMA Ave Suit B
City: RIPON State: CA Zip: 95366
Relationship to Protected Person: NOBODY

## ③ ☐ Additional Protected Persons

In addition to the person named in ①, the following family or household members of that person are protected by the temporary orders indicated below:

| Full Name | Gender | Age | Household Member? | Relation to Protected Person |
|---|---|---|---|---|
| Daniel Yusay Fidel Harvey | M | 38 | ☒ Yes ☐ No | Son |
| Aislynn Liao Harvey | F | 35 | ☐ Yes ☒ No | daughter in law |
| VICTORIA LIAO Harvey | F | 4 1/2 | ☐ Yes ☒ No | Grand daughter |
| ALFRED Richard Bland | M | 91 | ☐ Yes ☒ No | Husband |

☐ *Check here if there are additional persons. List them on an attached sheet of paper and write "Attachment 3—Additional Protected Persons" as a title. You may use form MC-025, Attachment.*

## ④ Expiration Date

*The court will complete the rest of this form.*

*This Order expires at the end of the hearing scheduled for the date and time below:*

Date: ______ Time: ______ ☐ a.m. ☐ p.m.

**This is a Court Order.**

Case Number:

**To the Person in ②:**

**The court has granted the temporary orders checked as granted below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.**

## ⑤ Personal Conduct Orders

☐ **Not Requested** ☒ **Denied Until the Hearing** ☐ **Granted as Follows:**

a. You must **not** do the following things to the person named in ①

☐ and to the other protected persons listed in ③:

(1) ☐ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

(2) ☐ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by email, by text message, by fax, or by other electronic means.

(3) ☐ Take any action to obtain the person's address or location. If this item (3) is not checked, the court has found good cause not to make this order.

(4) ☐ Other *(specify)*:

☐ Other personal conduct orders are attached at the end of this Order on Attachment 5a(4).

b. Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order. However, you may have your papers served by mail on the person in ①.

## ⑥ Stay-Away Order

☐ **Not Requested** ☒ **Denied Until the Hearing** ☐ **Granted as Follows:**

a. You must stay at least ______ yards away from *(check all that apply)*:

(1) ☐ The person in ①

(2) ☐ Each person in ③

(3) ☐ The home of the person in ①

(4) ☐ The job or workplace of the person in ①

(5) ☐ The school of the person in ①

(6) ☐ The school of the children of the person in ①

(7) ☐ The place of child care of the children of the person in ①

(8) ☐ The vehicle of the person in ①

(9) ☐ Other *(specify)*:

b. This stay-away order does not prevent you from going to or from your home or place of employment.

## ⑦ No Firearms (Guns), Firearm Parts, or Ammunition

a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get any prohibited items listed in b on the next page.

**This is a Court Order.**

Case Number:

(7) b. **Prohibited items are:**

(1) Firearms (guns);

(2) Firearm parts, meaning receivers, frames, or any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531); and

(3) Ammunition.

c. You must:

(1) Sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any firearms (guns) and firearm parts in your immediate possession or control. This must be done within 24 hours of being served with this Order.

(2) File a receipt with the court within 48 hours of receiving this Order that proves that your firearms (guns) and firearm parts have been turned in, sold, or stored. (You may use *Receipt for Firearms and Firearm Parts* (form CH-800) for the receipt.)

d. ☐ The court has received information that you own or possess a firearm (gun), firearm parts, or ammunition.

## (8) Possession and Protection of Animals

☐ **Not Requested** ☒ **Denied Until the Hearing** ☐ **Granted as Follows** *(specify):*

a. ☐ The person in (1) is given the sole possession, care, and control of the animals listed below, which are owned, possessed, leased, kept, or held by him or her, or reside in his or her household.
*(Identify animals by, e.g., type, breed, name, color, sex.)*

b. ☐ The person in (2) must stay at least ______ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

## (9) Other Orders

☒ **Not Requested** ☐ **Denied Until the Hearing** ☐ **Granted as Follows** *(specify):*

☐ Additional orders are attached at the end of this Order on Attachment 9.

**To the Person in (1):**

## (10) Mandatory Entry of Order Into CARPOS Through CLETS

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one):*

a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☒ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

**This is a Court Order.**

Case Number:

(10) c. ☐ By the close of business on the date that this Order is made, the person in (1) or his or her lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agency listed below to enter into CARPOS:

| Name of Law Enforcement Agency | Address *(City, State, Zip)* |
|---|---|
| SPD | |
| | |

☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 10.

(11) **No Fee to Serve (Notify) Restrained Person** ☐ **Ordered** ☒ **Not Ordered**

The sheriff or marshal will serve this Order without charge because:

a. ☐ The Order is based on unlawful violence, a credible threat of violence, or stalking.

b. ☐ The person in (1) is entitled to a fee waiver.

(12) Number of pages attached to this Order, if any: ______

Date: 8-8-24

ESMERALDA ZENDEJAS

Esmeralda Zendejas

*Judicial Officer*

**Warnings and Notices to the Restrained Person in (2)**

## You Cannot Have Firearms (Guns), Firearm Parts, or Ammunition

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get any prohibited items listed in item 7b on page 3 while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any firearms (guns) and firearm parts that you have or control as stated in item (7) above. The court will require you to prove that you did so.

## Notice Regarding Nonappearance at Hearing and Service of Order

If you have been personally served with this Temporary Restraining Order and form CH-109, *Notice of Court Hearing*, but you do not appear at the hearing either in person or by a lawyer, and a restraining order that is the same as this Temporary Restraining Order except for the expiration date is issued at the hearing, a copy of the order will be served on you by mail at the address in item (2).

If this address is not correct or you wish to verify that the Temporary Restraining Order was converted into a restraining order at the hearing without substantive change, or to find out the duration of the order, contact the clerk of the court.

## After You Have Been Served With a Restraining Order

- Obey all the orders.
- Read form CH-120-INFO, *How Can I Respond to a Request for Civil Harassment Restraining Orders?*, to learn how to respond to this Order.
- If you want to respond, fill out form CH-120, *Response to Request for Civil Harassment Restraining Orders*, and file it with the court clerk. You do not have to pay any fee to file your response if the Request claims that you inflicted or threatened violence against or stalked the person in (1).

**This is a Court Order.**

Case Number:

- You must have form CH-120 served by mail on the person in ① or that person's attorney. You cannot do this yourself. The person who does the mailing should complete and sign form CH-250, *Proof of Service by Mail.* File the completed proof of service with the court clerk before the hearing date or bring it with you to the hearing.
- In addition to the response, you may file and have declarations served, signed by you and other persons who have personal knowledge of the facts. You may use form MC-030, *Declaration,* for this purpose. It is available from the clerk's office at the court shown on page 1 of this form or at *www.courts.ca.gov/forms.* If you do not know how to prepare a declaration, you should see a lawyer.
- Whether or not you file a response, you should attend the hearing. If you have any witnesses, they must also go to the hearing.
- At the hearing, the judge can make restraining orders against you that last for up to five years. Tell the judge why you disagree with the orders requested.

## Instructions for Law Enforcement

### Enforcing the Restraining Order

This order is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Restraining and Protective Orders System (CARPOS). If the law enforcement agency has not received proof of service on the restrained person, the agency must advise the restrained person of the terms of the order and then must enforce it. Violations of this order are subject to criminal penalties.

### Start Date and End Date of Orders

This order *starts* on the date next to the judge's signature on page 4. The order *ends* on the expiration date in item ④ on page 1.

### Arrest Required if Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Pen. Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6. Agencies are encouraged to enter violation messages into CARPOS.

### Notice/Proof of Service

The law enforcement agency must first determine if the restrained person had notice of the order. Consider the restrained person "served" (given notice) if (Pen. Code, § 836(c)(2)):

- The officer sees a copy of the Proof of Service or confirms that the Proof of Service is on file; or
- The restrained person was informed of the order by an officer.

An officer can obtain information about the contents of the order and proof of service in CARPOS. If proof of service on the restrained person cannot be verified, the agency must advise the restrained person of the terms of the order and then enforce it.

**This is a Court Order.**

Case Number:

## If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, this order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The order can be changed only by another court order. (Pen. Code, § 13710(b).)

## Conflicting Orders—Priorities for Enforcement

**If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced in the following priority** (see Pen. Code, § 136.2 and Fam. Code, §§ 6383(h)(2), 6405(b)):

1. *Emergency Protective Order (EPO):* If one of the orders is an *Emergency Protective Order* (form EPO-001), provisions (e.g., stay-away order) that are more restrictive than in the other restraining/protective orders must be enforced. Provisions of another order that do not conflict with the EPO must be enforced.
2. *No-Contact Order:* If a restraining/protective order includes a no-contact order, the no-contact order must be enforced. Item 5a(2) is an example of a no-contact order.
3. *Criminal Protective Order (CPO):* If none of the orders include an EPO or a no-contact order, the most recent CPO must be enforced. (Fam. Code, §§ 6383(h)(2) and 6405(b).) Additionally, a CPO issued in a criminal case involving charges of domestic violence, Penal Code sections 261, 261.5, or former 262, or charges requiring sex offender registration must be enforced over any civil court order. (Pen. Code, § 136.2(e)(2).) All provisions in the civil court order that do not conflict with the CPO must be enforced.
4. *Civil Restraining Orders:* If there is more than one civil restraining order (e.g., domestic violence, juvenile, elder abuse, civil harassment), then the order that was issued last must be enforced. Provisions that do not conflict with the most recent civil restraining order must be enforced.

*(Clerk will fill out this part.)*

*Clerk's Certificate*
*[seal]*

**—Clerk's Certificate—**

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: ______________ Clerk, by ____________________________, Deputy

**This is a Court Order.**

# CH-109 Notice of Court Hearing

Clerk stamps date here when form is filed.
FILED
SUPERIOR COURT-MANTECA
2024 AUG -8 AM 8:28
STEPHANIE BOHRER, CLERK
BY [signature] DEPUTY

## 1 Person Seeking Protection

a. Your Full Name: ROQUETA YUSAY BLANO

Your Lawyer (if you have one for this case):

Name: SELF State Bar No.: N/A

Firm Name: NONE

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address: 9980 River View Circle

City: stockton State: CA Zip: 95202

Telephone: 209-239-7434 Fax: None

Email Address: countrymusiclover1@verizon.net

*Fill in court name and street address:*

**Superior Court of California, County of**
SUPERIOR COURT
Manteca Branch
315 E. Center St.
Manteca, CA 95336

*Court fills in case number when form is filed.*

MAN-CV-UCH-2024-009377

## 2 Person From Whom Protection Is Sought

Full Name: KEVIN KANDOW

*The court will complete the rest of this form.*

## 3 Notice of Hearing

**A court hearing is scheduled on the request for restraining orders against the person in (2):**

**Hearing Date** → Date: 8-29-24 Time: 10:00AM
Dept.: M2 Room:

Name and address of court if different from above:
SUPERIOR COURT - MANTECA BRANCH

**To the person in (2):**

- If you attend the hearing (in person, by phone, or by videoconference) and the judge grants a restraining order against you, the order will be effective immediately, and you could be arrested if you violate the order.
- If you do not attend the hearing, the judge may still grant the restraining order that could last up to five years. After you receive a copy of the order, you could be arrested if you violate the order.

## 4 Temporary Restraining Orders *(Any orders granted are on form CH-110, served with this notice.)*

a. Temporary Restraining Orders for personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders,* are *(check only one box below):*

(1) ☐ All **GRANTED** until the court hearing.

(2) ☒ All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

(3) ☐ Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below.*

Case Number:

b. Reasons for denial of some or all of those personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders,* are:

(1) ☐ The facts as stated in form CH-100 do not sufficiently show acts of violence, threats of violence, or a course of conduct that seriously alarmed, annoyed, or harassed the person in ① and caused substantial emotional distress.

(2) ☒ Other *(specify):* ☐ As stated on Attachment 4b.

Evidence may be presented at the hearing as to why a restraining order should be issued against the respondent.

## ⑤ Confidential Information Regarding Minor

a. ☐ A *Request to Keep Minor's Information Confidential* (form CH-160) was made and **GRANTED**. (*See form CH-165,* Order on Request to Keep Minor's Information Confidential, *served with this form.)*

b. **If the request was granted, the information described in item ⑦ on the order (form CH-165) must be kept CONFIDENTIAL. The disclosure or misuse of the information is punishable as a sanction, with a fine of up to $1,000 or other court penalities.**

## ⑥ Service of Documents for the Person in ①

**At least** ☒ **five** ☐ ________ **days before the hearing**, someone age 18 or older—**not you or anyone to be protected**—must personally give (serve) a court's file-stamped copy of this form CH-109 to the person in ② along with a copy of all the forms indicated below:

a. CH-100, *Request for Civil Harassment Restraining Orders* (file-stamped)

b. ☐ CH-110, *Temporary Restraining Order* (file-stamped) **IF GRANTED**

c. CH-120, *Response to Request for Civil Harassment Restraining Orders* (blank form)

d. CH-120-INFO, *How Can I Respond to a Request for Civil Harassment Restraining Orders?*

e. ☐ CH-170, *Notice of Order Protecting Information of Minor* and CH-165, *Order on Request to Keep Minor's Information Confidential* (file-stamped) **IF GRANTED**

f. ☐ Other *(specify):* ________

ESMERALDA ZENDEJAS

Date: 8-8-24     Esmeralda Zendejas

*Judicial Officer*

Case Number:

**To the Person in ①:**

- The court cannot make the restraining orders after the court hearing unless the person in ② has been personally given (served) a copy of your request and any temporary orders. To show that the person in ② has been served, the person who served the forms must fill out a proof of service form. Form CH-200, *Proof of Personal Service,* may be used.
- For information about service, read form CH-200-INFO, *What Is "Proof of Personal Service"?*
- You may ask to reschedule the hearing if you are unable to find the person in ② and need more time to serve the documents, or for other good reasons. Read form CH-115-INFO, *How to Ask for a New Hearing Date.*
- You must attend the hearing if you want the judge to make any of the orders you requested on form CH-100, *Request for Civil Harassment Restraining Orders*. Bring any evidence or witnesses you have. For more information, read form CH-100-INFO, *Can a Civil Harassment Restraining Order Help Me?*

**To the Person in ②:**

- If you want to respond to the request for orders in writing, file form CH-120, *Response to Request for Civil Harassment Restraining Orders,* and have someone age 18 or older—**not you or anyone to be protected**—mail it to the person in ①.
- The person who mailed the form must fill out a proof of service form. Form CH-250, *Proof of Service by Mail,* may be used. File the completed form with the court before the hearing and bring a copy with you to the court hearing.
- Whether or not you respond in writing, go to the hearing if you want the judge to hear from you before making an order. You may tell the judge why you agree or disagree with the orders requested.
- You may bring witnesses and other evidence.
- At the hearing, the judge may make restraining orders against you that could last up to five years and may order you to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms (guns) and firearm parts that you own or possess. This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531).
- If you are unable to attend your court hearing or need more time to prepare your case, you may ask to reschedule your court date. Read form CH-115-INFO, *How to Ask for a New Hearing Date.*

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to for *Disability Accommodation Request* (form MC-410). (Civ. Code, § 54.8.)

*(Clerk will fill out this part.)*

**—Clerk's Certificate—**

I certify that this *Notice of Court Hearing* is a true and correct copy of the original on file in the court.

*Clerk's Certificate*
*[seal]*

Date: ____________________

Clerk, by ______________________________, Deputy



For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form | Save this form | Clear this form

| ATTORNEY (Name and Address): SBN: | FOR COURT USE ONLY |
|---|---|
| Roqueta Yusay Bland<br>561 Albrecht Street<br>Manteca, CA 95337<br><br>EMAIL: vheaby2019@comcast.net<br>ATTORNEY FOR: In Propria Persona | FILED<br>SUPERIOR COURT-MANTECA<br>2024 AUG 20 AM 8:57<br>STEPHANIE BOHRER, CLERK<br>BY [signature] DEPUTY |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>San Joaquin County Superior Court<br>315 E Center St<br>Manteca, CA 95336 | |
| PLAINTIFF:<br>Roqueta Yusay Bland<br>DEFENDANT:<br>Kevin Kandow | COURT CASE NO:<br>MANCVUCH2024009377 |
| **Proof of Service** | LEVYING OFFICER FILE NO:<br>2024004209 |

1. At the time of the service I was at least 18 years of age and not a party to this action.
2. I served copies of the:
   f. other *(specify documents):*
   **CH 110-Not Included, CH-100, CH-109 Notice of Court Hearing, CH-120 and CH 120-Info, CH-250**
3. a. Party Served *(specify name of party as shown on documents served):*
   **Kevin Kandow**
4. Address where party was served: **650 N. Wilma Avenue, Suite B**
   **U.S. Dept. FBI**
   **Ripon, CA 95336**
5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 08/14/2024 at: 3:22 PM.
7. **Person who served the papers:**
   a. Name: **Deputy V. Rodriguez**
   b. Address: **Civil Division, 7000 Michael Canlis Blvd, French Camp, CA 95231**
   c. Telephone number: **Phone:(209) 468-4475**
   d. **The fee** for service was: **$50.00**
9. **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

**Date:** Wednesday, August 14, 2024 **by:** [signature]

Hearing: **08/29/2024 10:00 AM in Dept/Div: M2**

Sheriff's Authorized Agent
Patrick Withrow

FILED
OCT 16 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

ROQUETA Y BLAND
Appellant(s),

vs.

KEVIN KANDOW
Appellee(s).

9th Cir. Case No. ______

District Court or BAP Case No. 2:24-CV-02346 DC-AC

## APPELLANT'S INFORMAL OPENING BRIEF

*(attach additional sheets as necessary, up to a total of 50 pages including this form)*

**JURISDICTION.** This information helps the court determine if it can review your case.

1. Timeliness of Appeal:

   a. What is the date of the judgment or order that you want this court to review? 9/30/25

   b. Did you file any motion, other than for fees and costs, after the judgment was entered? Answer yes or no: YES

   - If you did, on what date did you file the motion? 10/9/2024 ~~1/22/25~~
   - For prisoners or detainees, what date did you give the motion to prison authorities for mailing? N/A
   - What date did the district court or bankruptcy appellate panel (BAP) decide the motion that you filed after judgment? DISMISSAL

   c. What date did you file your notice of appeal? 10/16/25

   - For prisoners or detainees, what date did you give your notice of appeal to prison authorities for mailing? N/A

Page 2
see attach page

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROQUETA Y BLANO
,

Plaintiff,

v.

KEVIN KANDON
,

Defendant.

No. 2:24-CV-0234 DC-AC

10/16/25 - continues see attach explanations. NOTE - With out having them to RAID our properties, we would not be living in a delemma, torture, abuse harass, defame, puts down and more. The mother of Emu. Ngo was hospitalized due to failure to assisted her to drink water and using the bathroom. She has heart disease - I could not find the Footage Video during the raid - More explanations about the ~~that~~ Vandalism, Racial profiling, staging, stings and ~~and~~ uncomfortable feelings - emotional abuse, elderly abuse and medical and hackings - - -

**FACTS**. Include all facts that the court needs to know to decide your case.

2. What are the facts of your case?

On February 16, 2022, FBI SA's, police officers, military personnels and non-custodian illegally raided and stings my properties located on (1) 9980 River View circle CA, 95209 and (2) 561 Albrecht St. Mantica CA 95337 on different date for the mantica property (2): Thes address about 561 Albrecht St mantica CA, 95337. These group Raided the property without our knowledge → During the Raid, some of them do not have the body camera worn that day. They failed to issued a notice of arrest of warrant at time that my nephew Elmer Ngo whoes in the Lompor prison and prior to plased him at Lompor prison, he was incarcerated at the Yuba co., marysville for length of time years. My nephew do not have a crimenal background and some and my families. They also failed to issue or had my sister and her family to read a miranda rights. See Declaration of FBI, Kevin Konclow. states (4) FBI SA's neither sought nor obtained authorization for any tracking, monitoring or recording devices ... related to 9980 River View circle property at Stockton. Attached Supplemental ~~Exhibit~~ Exhibits for explanation. Also, Elmer Ngo was sentence on, scheduled on Nov. 4, 2024. During his sentencing, I attended his sentencing and observed that their's lack of Jurors attendance, lack or None Exhibits displayed and Elmer has no prior conviction before he is sentencing, there are no witnesses →

**PROCEEDINGS BEFORE THE DISTRICT COURT OR THE BAP.** In this section, we ask you about what happened before you filed your notice of appeal with this court. see attachment for supplemental explanations-

3. What did you ask the district court or the BAP to do—for example, did you ask the court to award money damages, issue an injunction, or provide some other type of relief?
not at this time - As a matter of facts, we want to be left alone and needs Justice. Because this is about a victim Of Asian Hate Crime and civil rights violation - Harassing us 24/7, by use of Surreptitious Entry and Ensurrections by Ensurrectionists

4. What legal claim or claims did you raise in the district court or at the BAP?
Me and my family do not have a criminal backgrounds whatsoever - We are a victim of Espionage as I understand about it. - By reading about the dismissal and my case is closed on 9/30/25, It says (24, first page on introduction) - that my case should be dismiss per information by a defendant - due to lacks subject matter jurisdiction --- 2nd, that my request is barred by the direcative jurisdiction doctrine (26, first page) says on nov, hearing nov. 6. was set - I did not get the notice -

5. **Exhaustion of Administrative Remedies.** For ~~prisoners, did you~~ use up all administrative remedies ~~for each~~ claim before you filed your complaint in the district court? If you did not, please tell us why. - I have no criminal or felony - I am not a prisoner - me and my families are victims of Espionage - Every time we go out, we are being stalk and they continue to trespassing to my properties - please see attachment for explanations

**PROCEEDINGS BEFORE THE COURT OF APPEALS.** In this section, we ask you about issues related to this case before the court of appeals and any previous cases you have had in this court.

6. What issues are you asking the court to review in this case? What do you think the district court or the BAP did wrong?

1. To release my nephew Elmer Ngo he has no violations or any convictions prior to his arrests
2. Reading through my case, is DISMISSED for lack of evidence that the FBI committed an error or mistakes thus, the court lacks subject matter and Dependent is barred by the derivative jurisdiction doctrine and that preventing him to continue working as an FBI.

7. Did you present all issues listed in Question 6 to the district court or the BAP? Answer yes or no: yes

If not, why not? I have provided an information since I am allowed to provide at least 40 pages, which I have recording about my daily bases Appearances. Also, Please see attach explanation.
I will provide lists of exhibits and Videos and pictures as needed and as requested for evidence

8. **What law supports these issues on appeal? (You may refer to cases and statutes, but you are not required to do so.)**

My case was transferred to Federal Court by San Joaquin Co. Superior Court. Me and my families are victims of a lot of reasons using our body for research and experimentation, such as cabbery, and micromaxilliary chipping, staging our body, ~~by~~ preventing us to acting to normal because our brain and body has Gamma Ray camera without any informed consent — see attached explanations — To me our rights are violated, invading our privacy, home invasion and ~~[illegible]~~ feeling lost in the dark due to emotional and mental distress — -

9. **<u>Other Pending Cases.</u>** Do you have any other cases pending in the court of appeals? If so, give the name and docket number of each case.

yes -
1. case NO. 2:24-CV-02346
2. Civil Docket for case
#2:24-CV-02346-DC-AC

10. **<u>Previous Cases.</u>** Have you filed any previous cases that the court of appeals has decided? If so, give the name and docket number of each case.

the only case I filed was the one at San Joaquin County Superior court. case # 2:24-CV-02346-KJM AC

ROQUETAY BLAND
Name

561 Albrecht St
Manteca CA
95337
Address

Roqueta yBland
Signature

10/16/25
Date

 Page 1

Supplemental Exhibits

United States court of Appeals for the nine circuits.

C/O → 501 I street, Suite 10-100, Sacramento CA, 95814. United States District court Eastern District of California

→ Case No: 224-CV-0234.-Dc-AC

ROQUETA Y BLAN, PLAINTIFF

V

KEVIN KANDOW, DEFENDANT

2/16/22 Properties illegally Raided/Stings, locations
1. 9980 River View circle Stockton CA. 95209
2. 561 Albrecht st. Manteca CA 95337.

2/17/22 Through Surreptitious Entry / Digital insurrectionists: People heard came: FBI, military Officers, Police officers, non-custodians: Lino and family; next door neighbor Joseph/John Cepalada atty; Marissa (Maurice and Husband; Sobrera Fe Sonny AKA; FBI SA's; and other military convoys.

11/2024 Elmer Ngo, my nephew was taken by US marshall out of 9980 River View (Property) circle, no shoes, no wallet, did not leave a note - Family worried about his disappearance - We did n know, not aware, where he was not until late (dark). P
No notes were left

Supplemental Exhibits
United States Court of Appeals
for the ninth circuits-
c/o -> 501, I Street, Suite ~~100~~ NB 10-100,
Sacramento CA 95814, United
States District of California
-> Case NO. 2:24-CV-0234-DC-AC

ROQUETA Y BLANO, PLAINTIFF
V
KEVIN KANDOW; DEFENDANT

2/16/22 late entry Group of law enforcers:
FB, Military convoy 2 female and other
group I observed did not have body
camera worn, the day the house
was raided on different dates and
time - Video will be shown during the trial.
-> Failed to issue a warrant of arrest
and failed to show a notice of
miranda rights to the relatives
of ~~my~~ mine: Sisters Rebecca and
Wiely Ngo, both are Elmer Ngo
parents. 10/15/25 mentioned by
one of the FBI who assisted an
arresting officer:
-> see Declaration of Kevin Kandow,
Defendant page 2. (7 cite).
-> 2/16/22 - Vandalized the entire house
Video shown about ~~that~~ NB the law
enforcers see Footage continue next page

Page 3

Supplemental Exhibits

United States court of Appeals for the ninth circuits

c/o - 501, I street, suite 10-100, Sacramento CA 95814; United States District of California.

-> case NO: 2:24-CV-0234-DC-AC

ROQUETA Y BLAND; PLAINTIFF
KEVIN KANDOW; DEFENDANT

2/16/22 Late entry: FOOTAGE, missing in my IPAD (mini IPAD).

- I Pad and other gadgets I have are controlled and I can't even turn it on of one or other cell phones. (Locked). nB

2/16/22 to current ~~10/16/25~~ 10/16/25, Vandalism, staging, poking/kicking of my genetals continues.

- See exibits about damages of items and pictures and videos as needed for evidence or proof.

- Harassment from insurrectionists continues to this day, 24/7, defamation, assaults and battery Torture, elderly abuse and damages to my personal belongings.

Supplemental Exhibits

United States court of Appeals for the ninth circuits.

C/O → 501 I Street, Suite 10-100, Sacramento CA 95814; United States District Court, Eastern District of California case NO. 224-CV-0234-DC-AC.

ROQUETA Y BLAND; PLAINTIFF
V
KEVIN KANDOW; DEFENDANT

2/20/24 → Bug sweep investigation: Gary Ermocan along with his partner. see Exhibit

1/23/24 → Reported Vandalism to Manteca Police Dept. see Exhibit

7/19/2022 → Dolls and miscellaneous destroyed and returned to CACC / Family ties.

XII Witnesses / witness will be requested per subpoena by Judge.

XIII → maxilliary chips and hearing AID will be discussed, witness will be requested.

III → HIPPAA Violation: medical records and other confidential information will be discussed and witnesses will be requested

I → Mental counseling attended, accused of 50 / 51 and schizoparenia - witnesses will be requested

 Pages

Supplemental Exibits

United States court of Appeals for the Nineth circuits

C/o- 501, I Street, Suite 10-100, Sacramento CA, 95814, United States District court, Eastern District of California

-> Case no. 2:24-CV-0234-DC-AC

ROQUETA Y BLANDI; PLAINTIFF,
KEVIN KANDOW; DEFENDANT

2/16/25 -> Receipt for Property that are seized see EXIBIT

11/2023 -> False imprisonment of my nephew, Elmer-
11/4/24? Ngo from Yuba marrysville co Jail to Penentefeary Lompoc Prison for 20 years_ (FBI, Kevin Kandow, Defendant, knows and requested to be dessussing about this indictment_ Exibit, Filed 12/7/23

Blck note book #10

-> Research: infrarid, stint, stool black, UTI, pigmentation - Did not know about this after the house was raided, year 2022 or 24

-> Tampoons, napkins are use on daily basis.

-> INsurrectionist who are cabbers will be called in they are so many of them. said Cynthia Madrigal coordinator

Supplemental Exibits
United States court of Appeals for the nineth circuits
c/o - 501 I Street, Suite 10-100, Sacramento CA, 95814, United States District court, Eastern District of California.
case NO: 2:24-CV-0234 -DC-AC.

ROQUETA Y BLAND; PLAINTIFF
KEVIN KANDOW; DEFENDANT

-> After the house were raided my head, body feeling detachment from reality, Dispersonalization
-> Embezzlement, Research: sending and following me; family all over places: New York, Philippines and around places where I would go -
-> observed my son, grand daughter and family members are going through the way I am experiencing such as memory loss.
RB AT -> Alarm system tampered: ADT, Personal Alarm, AAA home Security Password - Witnesses will be called in: Latosha, Employee of the
-> Digital Resurrectionist of Distillery and Mechanical Engineering will be called in CFBI-Kandow, Kevin works with this company.

Page 7

Supplemental Exibit
United States ~~Caller~~ court of Appeals for the nineth District
C/o - 501 I Street, suite 10-100, Sacramento CA 95814; United States District Court, Eastern District of California.
-> Case NO - 2:24-CV-0234-DC-AC

ROQUETA Y BLAND; PLAINTIFF
KEVIN KANDOW; DEFENDANT
-> CAREGIVERS FOR MY HUSBAND REFERRAL ARE LAW ENFORCERS OTHER
4/9/25 THAN LICENSED CAREGIVERS, + ~~CA~~ LINDSAY WILLIAMS VISITED THE HOME, PRESENTED AS VA COORDINATOR - WILL BE CALLED IN FOR WITNESS
7/11/25 Death related and Hospice
7/11/25 involvement before my husband died - witnesses will be called in - Video will be shown as needed.
2022 -> Pictures / Videos will be shown
to for Vandalism of Property both
current 2 addresses: Manteca 561, Albrecht
Oct. 2025 St and 9980 River View Circle Stockton CA 95209.

Supplemental Exibits

United States court of Appeals for the Neveth Circuits

C/o- 501 I Street, Suite 10-100, Sacramento California 95814 ; United States District of California.

-> Case no: 2:24-CV-0234-DC-AC

ROQUETA Y BLAND ; PLAINTIFF
KEVIN KANDOW ; DEFENDANT

-> BANK Accounts are hacks by

Ofear 2024 to 2025 — family members of the unfarid / Digital insurrectionists - Karen Canete, and her families.

-> Acid Powder, Drugs such as

2022 to 2025 — injection by different Routes administered or administer by all Staff members of the Digital ~~insurrecta~~ Unsurrections three staging, Cabbing, Cynthia Madrigal (AKa and Karen ~~Corey~~ Canente coordenators of the program and other members are called in to testify about the evidence that occurs on daily basis.

2022 2025 — Owners of the Distillery incoporated who are incharge will be called in to testify about the Digital Ressurection and resurrectionists who are working for their companies who are responsible to all these issues & concerns.

Supplemental Exibits Page 9

United states Court of appeals for the
ninth ~~centa~~ not circuits
c/o - 501, I street, Suite 10-100,
Sacramento california 95814, United
States, District of California
– case no: 2:24-CV-0234-DC-AC

ROQUETA Y BLAND; PLAINTIFF
KEVEN KANDOW; DEFENDANT

→ Animals: Bumps, illnesses and unusual growth observed on dogs - Witnesses will be called in as requested.
→ Hygiene and other parts of the body, genetals have unusual growth and nails, toe nails, hair strands fall; evidence will be shown as requested.

NOTE - EXHIBITS will BE Provided as requested

Roqueta y Bland

# MANTECA POLICE DEPARTMENT

## CAD INCIDENT REPORT

**2406110043**

Page 1

07/03/2024

| Location | Cross Streets | City |
|---|---|---|
| BLAND RESIDENCE, 561 ALBRECHT ST/RP Location: 924 | VICKI WY | MANTECA |

| Incident Type | Call Taker | Dispatcher |
|---|---|---|
| SUS CIRC - SUSPICIOUS CIRCUMSTANCES | 4063 | 4063 |

| Date | Priority | Primary Unit | Beat | Fire Zone | Area | Map | Source |
|---|---|---|---|---|---|---|---|
| 06/11/2024 | 2 | 2K5 | 5 | | 5 | | TELEPHONE CALL |

| Caller Name | Caller Address | Caller Phone |
|---|---|---|
| BLAND, ROQUETA | 561 Albrecht, Manteca, CA | 209-239-7434 |

| Dispositions | Weapon | Alm Level | Case Number |
|---|---|---|---|
| No Report | | | |

| Vehicles | Associated Incidents |
|---|---|
| | |

**Incident Times**

| | |
|---|---|
| Received | 10:40:35 |
| Created | 10:42:27 |
| Dispatched | 10:49:21 |
| En Route | |
| On Scene | 10:49:23 |
| Closed | 11:12:42 |
| Rcvd-Closed | 32:07 |

**Special Circumstances**

| Persons | Sex | DOB | Race | DL |
|---|---|---|---|---|
| Bland, Roqueta | F | 06/05/1955 | | C4545485/CA |

| Unit Times | Officers | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | Enrt-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|---|
| 2K5 | 3764 | 10:49:21 | | 10:49:23 | 11:12:42 | 00:02 | N/A | 23:19 | 23:21 |

**Incident Comments**

RP CAME IN REQUESTING TO SPEAK TO THE CHIEF ABOUT HOME INVASIONS

C- 924

| TIME | # | EVENT | BY |
|---|---|---|---|
| 10:42:27 | 1 | Incident initiated at Bland Residence, 561 Albrecht St, Manteca, CA | 4063 |
| 10:42:47 | 2 | BLAND, ROQUETA (06/05/1955) C4545485/CA added to incident | 4063 |
| 11:12:36 | 3 | 2K5- SUBJ DID NOT FIT 5150 CRITERIA. SUBJ WAS PROVIDED | 4063 |
| | 4 | EDUCATION TO VISIT A PSYCHIATRIST. SUBJ IS ARGUMENTATIVE, | |
| | 5 | REFUSED TO TAKE MEDICATION IF SHE GOES TO VISIT PSYCHIATRIST. | |
| | 6 | AXON RECORDED. NR | |
| 11:12:42 | 7 | 2K5 Closed - Disposition NR | 4063 |

CONTROLLED DOCUMENT-DO NOT DUPLICATE

# MANTECA POLICE DEPARTMENT

## CAD INCIDENT REPORT

**2401230039**

Page 1

01/23/2024

CONTROLLED DOCUMENT-DO NOT DUPLICATE

| Location | Cross Streets | City |
|---|---|---|
| 561 ALBRECHT ST | VICKI WY | MANTECA |

| Incident Type | Call Taker | Dispatcher |
|---|---|---|
| 594 - VANDALISM | 1820 | |

| Date | Priority | Primary Unit | Beat | Fire Zone | Area | Map | Source |
|---|---|---|---|---|---|---|---|
| 01/23/2024 | 3 | | 5 | | 5 | | TELEPHONE CALL |

| Caller Name | Caller Address | Caller Phone |
|---|---|---|
| /BLEND, ROQUETA | | 209-275-2150 |

| Dispositions | Weapon | Alm Level | Case Number |
|---|---|---|---|
| No Report | | | |

| Vehicles | Associated Incidents |
|---|---|
| | |

**Incident Times**

| | |
|---|---|
| Received | 10:32:48 |
| Created | 10:34:54 |
| Dispatched | |
| En Route | |
| On Scene | |
| Closed | 10:35:25 |
| Rcvd-Closed | 02:37 |

**Special Circumstances**

| Persons | Sex | DOB | Race | DL |
|---|---|---|---|---|

| Unit Times | Officers | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | Enrt-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|---|

**Incident Comments**

RP REPORTS BLUE TRASH CAN WAS SPRAY PAINTED AND A NEW DOOR LOCK WAS PLACED ON LARGE GARAGE DOOR. OCCURRED LAST MONTH. INCIDENT NUMBER PROVIDED. NO REPORT

| TIME | # | EVENT | BY |
|---|---|---|---|
| 10:34:54 | 1 | Incident initiated at 561 Albrecht St, Manteca, CA | 1820 |
| 10:35:25 | 2 | Closed - Disposition NR | 1820 |

FD-597 (Rev. 4-13-2015) Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Case ID: 305G-SC-3477778

On (date) 2/16/2022 item(s) listed below were:

- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name)

(Street Address) 9980 River View Circle, Stockton, CA 95209

(City) STOCKTON, CA 95209

**Description of Item(s):**

1 - Predator Laptop, S/N: NHQ53AA00394203F722600 (Pin: 1995), with Charger

2 - Black GoPro 7 with 126 GB SanDisk

3 - Toshiba 5TB Hard Drive, S/N: 957BK2AWFS9A

4 - Chortau B-T12 Camera and 170 Wide Angle Lens

5 - KOOTION 32 GB Micros SD

6 - HP Laptop, S/N: 5CD4491P29, Model: 15- f010dx, with Charger

7 - ASUS Laptop, GBN0CV12Y62446E

8 - ASUS Laptop, MB VER: X401U

9 - Gray Apple iPhone, Model A1453, IMEI: 352004067933727, with Broken Speck White Case

10 - Gray Apple iPhone, with Cracked Screen and Broken White Speck Case

Received By: Danielle Hines (signature)

Received From: Roquetta y Bland (signature)

Printed Name/Title: Danielle Hines Special Agent FBI

Printed Name/Title: ROQUETTA Y BLAND Retired-SJC

PHILLIP A. TALBERT
United States Attorney
KRISTIN F. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Dec 07, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ELMER YUSAY NGO, Defendant. | CASE NO. 2:23-cr-0309 KJM<br><br>18 U.S.C. §§ 2251(a), (e) – Attempted Sexual Exploitation of a Minor; 18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor to Engage in Sexually Explicit Conduct (4 Counts); 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) – Possession of Child Pornography; 18 U.S.C. §§ 2253(a) and 2428(b) – Criminal Forfeiture |

# INDICTMENT

COUNT ONE: [18 U.S.C. §§ 2251(a) and (e) – Attempted Sexual Exploitation of a Minor]

The Grand Jury charges: T H A T

ELMER YUSAY NGO,

defendant herein, from on or about November 27, 2020, and continuing through on or about June 17, 2021, in the County of San Joaquin, State and Eastern District of California, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, specifically "Minor Victim 1," to engage in any sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate

**Peter J. Marek**
**Attorney at Law**
**1330 W. Robinhood Dr., Ste. G**
**Stockton CA 95207**

---

This agreement does not bind ATTORNEY to represent said CLIENT in any appeal from any judgment, verdict and/or conviction which may be entered as a result of **CLIENT'S case. If there should be an appeal, ATTORNEY reserves the right to** withdraw from said case.

If ATTORNEY agrees to represent said CLIENT in an appeal, ATTORNEY reserves the right to enter into a new agreement setting forth terms for further compensation for handling the appeal.

ATTORNEY retains client files for a period of three (3) years (for misdemeanors and DMV administrative actions) or five (5) years (for felonies and civil actions) following **the conclusion of CLIENT'S case. The file shall be destroyed on or after the 3**-5 year anniversary of the conc**lusion of CLIENT'S case, absent a request by CLIENT for the** return of the file prior to this 3-5 year date.

Both CLIENT and PAYEE (when applicable) each by their signatures below agree that they are each jointly and severally responsible for the payment of fees outlined herein. I have read and fully understand the above Contract.

Wei L. Wu

Client: ______________________ Date ______________________

WEI L. WU ______________________ 12-20-23

Payee: ______________________ Date ______________________

[signature] ______________________ 12-20-2023

Attorney: Peter J. Marek ______________________ Date ______________________

Exhibit #1

Peter J. Marek
Attorney at Law
1330 W. Robinhood Dr., Ste. G
Stockton CA 95207

## CONTRACT FOR PROFESSIONAL SERVICE

IT IS HEREBY AGREED between the undersigned, and Peter J. Marek, Attorney at Law, hereinafter referred to as ATTORNEY, that ATTORNEY shall represent Elmer Yusay NGO, hereinafter referred to as CLIENT, regarding the following action: violations of Penal Code or Vehicle Code section(s) Federal Court Case NO. 2:23-cr-0309 KJM in San Joaquin County Superior Court.

The non-refundable fees for such representation shall be: $40,000.00 as and for attorney services, initial investigation and district attorney discovery costs up to trial.

Attorney fees of $40,000.00 as set forth above are due and payable as follows: $20,000.00 01/04/2024 is due and payable forthwith. Installments of $3,334.00 are due 02/04/2024, 03/04/2024, 04/04/2024, 05/04/2024, 06/04/2024, 07/04/2024, until the balance is paid in full on or before 07/04/2024.

Extraordinary costs and fees/costs for witness, expert witnesses, expert services and interpreters, if applicate, are due and payable upon request.

In the event this matter proceeds to trial, ATTORNEY and CLIENT, shall enter into a new contract for attorney services to be rendered through trial.

Associate counsel may be employed at the discretion and expense of ATTORNEY.

If legal action need be taken to enforce this agreement with the undersigned, the undersigned promises to pay such sums as the Court may affix as attorney fees and costs.

Interest shall accrue at the rate of 1.5 percent per month on any unpaid balance of CLIENTS account (18 percent per annum).

The undersigned binds his/her executors and legal representatives to the terms and conditions set forth herein.

In the event said fee for such representation is not paid in the manner set forth above, ATTORNEY reserves the right to withdraw or file a motion to withdraw as attorney of record for said CLIENT. All fees paid to Attorney up to the date of withdrawal shall be considered fully earned and non-refundable.

Timothy F Turtaviki

Case # 2:24 cv-02346 Page 1

**August 29,2024**

My name is Roqueta Yusay Bland, known as Marian Harvey Yusay Bland. I have one son, Daniel F Harvey. After my late husband passed away for 19 years, (PhD Elmer B. Harvey), I married to a veteran, MSG US Army, Alfred R. Bland. ( He has 3 children on his own). I was born and raised in the Philippines. In 1983, I immigrated to America through marriage. After my immigration to the United States, I attended colleges, and obtained B.A in child development at CSU, Turlock (6/19/196). Obtained an AA Degree at Delta College (1/13/1989); and earned a Substance Abuse Counselor (5/28/1999); and became registered Addiction Specialist at Brining Institute, College of Addiction for the Advanced study of Addiction Disorder(Certificate# HO411260907). In the Philippines attended Vocational Nursing Aide and graduated a Midwifery at the Riverside Medical Center, Bacolod City, Neg. Occ., Philippines. I have worked for the San Joaquin County Substance Abuse /Mental Health Service for more than 23 years. March 17,2017, I retired and staying home with my husband.

**HOME INVASION**

**LAWSUIT FILED DUE TO HOME INVASION IN FEBRUARY 16,2022 ON TWO OCCASIONS TO TWO HOMES LOCATED AT STOCKTON CA 95209 AND 561 ALBRECH ST. MANTECA CA. 95337.**

1. FAILED TO ISSUE A MIRANDA RIGHTS TO THE PROPERTY OWENER BEFORE THE HOME INVASIONS. – PC 601 right 2 remain silent B-4 interrogation
2. FAILED TO FILED A REPORT TO THE CITY ORDINANCE FOR HOME INVASION. –
3. VIOLATED THE PENAL CODE 601 PC AND 646.9 PC: , TRESPASSING AND STALKING LAWS. – Vandalized house
4. LAW ENFORCERS VIOLATED THE RIGHTS AND PRIVACY WITHOUT CONSENT FROM THE PROPERTY OWNER – NO consent BEFORE INVASION OF HOMES.
5. LAW ENFORCERS VIOLATED THE CALIFORNIA PENAL CODE 653-2 PC: ELECTRONICS CYBER;- HARASSMENT LAW. – Digital or surreptitious entry – wireless devices
6. PENAL CODE 723rd PC CHILD ABUSE GRAND DAUGHTER WHO IS FOUR AND HALF YEARS OLD INFLICTING CRUELTY AND SUFFERING DUE TO RESEARCH.
7. PENAL CODE 368 PC. A 91-YEAR-OLD SUFFERING PHYSICAL ABUSE THRU CABBING AND PSYCHOLOGICAL ABUSE.

---

**A. DAMAGES AFFECTED BY THE FBI/POLICE/MILITARY DURING THE RAID IN FEBRUARY 16,2022**

1. Harassment – PC 653-2 . Thru Electronic mounting devices PC-502/503
2. Violations of rights and privacy without consent. –
3. Assault and battery. PC 502/503
4. Failure to comply to filed a report to the Stockton or Manteca city Ordinances, San Joaquin County.
5. Stalking and Trespassing on both properties located of the said places. – PC 601, 646-9, 422
6. Automobile tracking mounted devices. PC-637.7
7. Maxillary microchips, hearing and vision –
8. Miranda Rights or arrest of warrant

11. House raided on two different occasions
12. computers, pads, cellphones and other gadgets –
13. Monitoring system devices and dash cam for automobiles.
14. indoors and outdoors fixtures, garage door, storage, doors, patio, lights, and lawns.
15. Personal belongs, clothes, linens, cosmetics and other accessories.
16. Family Maxillary chipping, hearing aid and vision.
17. Appointments for medical, house insurance and other places.
18. Personal involvement: bug sweep
19. Animals medical conditions.
20. Mental health counseling
21. Federal Prison of my nephew
22. Dolls and miscellaneous
23. Body contour, alopecia, weight loss, hygiene, nails and toenails, sleep pattern

1, PC-653-2
2-PC-646-9 – Direct electronic or cyber bullying – [illegible]
harassers continues to talking 2 me, etc
3-PC-601 – agravated trespass

24. Embezzlement and Research
25. Care giver supports
26. Cabbing entire body: organs, eyes, nose, feet, hands, stomach, breast, fingers
27. Child abuse and Elderly abuse

**AFTER MY NEPHEW ELMER Y. NGO INTERROGATED BY POLICE/ MILITANT/ AND FBI, DETAILS OF EXPLANATIONS ARE FOLLOWS**

**FEBRUARY 16,1922.**

**HOME INVASION:** My nephew Elmer Y. Ngo was taken in custody by the law enforcers at the INSHAPE, Health Club, Stockton and interrogated him at my property, located at 9980 River View Circle Stockton, CA. On different occasion, of February 2022, the Police, Militant and FBI broke into the door for HOME INVASION. Through Surreptitious entry, both homes were vandalized. This property is located at 561 Albrecht St. CA., 95337 and 9980 River View Circle Stockton CA. Based on a Video that I had seen before it was deleted from my iPad computer, a group of "law enforcers" held their gun aimed towards the main door while entering into the house. Per Rebecca testimony, one of the law enforcers, fired a gun towards the sky. That afternoon, I was putting items in the box for LBC to be shipped to the Philippines when I received a call from my sister Rebecca Y Ngo. Before I left the Manteca home, I made a call to the attorney we know since 2019. .Taken 1-5 highway to Stockton, the road was clear, I seen cars at distant behind and front of me when I received a call back from the Attorney. Upon my arrival at my place at Stockton, a group of law enforcers cars and paramedic truck parked across the street and at the front all facing south. I parked my car two houses away from my house and got out of my car, I was not sure whether I locked my car or not. As I was walking towards my house facing north, I seen Jonas and the officer and I said " do you have a warrant of arrest? Facing South an officer pulled out his badge out of his pocket so quickly and insert it back to his pocket.

I thought I heard him said", wait there I will get to you-" While waiting, I decided and walked to the house, and went inside. Inside, the house, a male officer, wearing a hat and vest said " do you have a gun in your bag? I said no". He searched my bag that I placed on a wooden chair at the hallway. To my left, a group of paramedics standing by with Rebecca in a stretcher. I thought I heard Rebecca telling me something I responded to her, its "ok Neng or Rebecca, " then a female officer with dark blue uniform in blouse with pant, said, do you still "need me here"? Maybe about 30 minutes later, the paramedics had left with Rebecca. I went outside again to where Jonas and the slim offer were on a street talking. I thought he said his name was (Dan Adams,). I said "what's going on? I don't remember much of what I said that day, then he said, "do you screen shot? He was facing north, and I was facing west. I don't remember what I said, but from what I can remembered from I talked about my nephew to him that Elmer does not go out with anybody. He walks the dog around the Spanos area and plays computer with his cousins and friends .I think the officer had asked me about which room does Elmer stays ( Both officers were facing South- The slim officer interviewed me and the other officer was taking a note of our conversation his name is DAN – I seen him at ASIAN Market, located at lower Sacramento Road. I walked from the parking lot facing south, whereas the officer walked toward East and we meet at front door, he came in first into the store I followed only, I walked to the left side and he walked to the left direction inside the store). The slim officer and I both walked into the house, I pointed each room to him . I said this is " their room, The middle room is for my son, Daniel but there not here, there in New York. This is my room where I see group of men standing and some of them were ducking their head s down looking for something. Me and a slim officer, both walked out the hallway area. Jonas and Weilly were at the living room. I think I joined in with them. At the living room I was walking back and forth, circling at the tea table and towards the entry door. While at the living room, an officer who was guarding and eyeing on us on us, I think I asked him about where their office located at. I remembered him saying "RIPON". I am too sure about the length of time that about 5'3" feet tall, officer, worn a gray T-shirt with Khaki pant, had asked me "whose medals are those in the garage. I thought I said, those are for my husband.

Then I remembered one of them has mentioned about "LUMPIA and to where you can buy the "LUMPIA – I think I mentioned about there was one on Thornton . ""My sister knew how to cook lumpia". Then, he left I did not know which direction he went into. I stayed at the living room with Jonas and Weilly. Elmer walked to the kitchen to get the water to drink and went back to the back patio in which the law officers waited for him. Glancing and looking around, I think there were three men worn a hat and all sitting down at the table and computer in front of them, on top of the table. They were talking but I could not hear what they were talking all about.

**<u>HARASSMENT:</u>**

After my husband and I went back to Manteca from Stockton, inside the house, noises were heard until to this day, a dragging of a cable up in the ceiling, lights were flickering , the inside of the house feels different that I feel uncomfortable, I heard footsteps, pounding and the garage door light one was not working. Television channels was on and off and had to pulled a plug off the wall to get better reception ,but the reception of the television was still not working It made me call the Comcast to fix it. The pictures or reception was not working well, shadows and pictures are not clear and visible on a screen, it has rainbows strips in it. Water sprinklers were turned on in the middle of the night instead to morning schedule. Blue Trash can paint of white color on lid, backdoor gate on top iron bars, outdoors and indoors dwellings are painted coated and painted white; Doormats have white powder sprinkled, pavements, patio doors and front doors have white substances coated on it. Personal belongings with blue tainted, water decanter color blue when turns it on, floors have monitoring devices mounted in, tile floors are slippery when walking on it; Indoor walls are rough, bathroom and all side of each corner of the house are painted in white, bathrooms corners have new sealant, storage have painted in white as well. Electronic devices and sounds are mounted, tampering of all electric fan, drawers, bedsheets, make up sets, inside covered have acid powder. Beds, couches and sofa are wired by electrical circuits. Washing machine, ADT security system, password taken, doorknobs tampered, decoys at the front house across the street are physically checked, all items inside and outside the house were all tagged. Telephone calls taken by different callers, chairs and tables have marking in it with white sealant liquid, inside and outside the refrigerator a voice of a person is heard until to this day. Automobiles are mounted by wiring remotely devices on ( 8/21/24) -had taken one of the vehicles to the Ford services, an agent stated, that nothing was found-after it was checked for tracking devices. I told the advisor that I found a white plastic mounted at the bottom of the car), He seemed to ignore about the situation that I said something about what I seen inside the car. Windows were tainted and has spy camera mounted, on each window around the chandelier lights. Shoes and personal belongings have white powder spread over the materials, shoes have holes with glue like substance in it that when I am wearing it, my feet or other parts of my body get stings. My husband motor cade, walker, wheelchair and other medical accessories have monitors devices are mounted. Telephones, cellphones, laptops and other gadgets are mounted by monitoring devices. Me and my husband body and feet ,toe nails have blisters from too much cabbing.( I am hearing this information from a female voice that Special Agent: Kevin Kando who is guiding me through while I am composing my case presentation for the court trial- He said he is specializing to this kind of equipment cabber...).

.I had taken my vehicles at Ford services, for tracking devices. After the car was checked , the ford supervisor called my name and had me signed the invoice and the checklist and he said, no tracking devices were found. I said to him,"I found a white plastic mounted at the bottom of the car and remained quiet so I left the place. On one occasion, I called GARY EMOIAN ,he was referred by Richard Paloma. I called and left a message for him. I think it was weekend when I made a call. We talked and Gary mentioned about the service charge and I agreed hoping that he can find anything like " a bug". I don't remember that day when he and the other gentleman came with him. After the bug sweep was completed " No results were found". Mr. Emotion charged me the amount of $3,500.

**<u>VIOLATION OF RIGHTS AND PRIVACY WITHOUT CONSENT</u>.** Through digital communication by the use of built in monitoring devices, and other engineering surreptitious wired electrical circuits, RFID/ Infrared and other communication devices violate and invades our own rights and privacy. The law enforcers gain access to our medical records; emails, bank accounts, insurance policy, ADT Alarm security; telephone calls each time I called; medical records such as laboratory results and other information gained the access to look at. They gained access to our date base about our biodata and biometric information, school records

and DNA test. They also had the access to dental, and vision. The law enforcers had access to VA Information for my husband caregiving. They had access to use our body by using a small device, a special instrument that can get into the orifice of the through vaginal, anal and male parts of our body They had until now control our mails, and followed the post master to the location to where the mail that went to the office of an FBI, mail was mailed on (9/21/23). I made a follow up by visited to the post office. Per postmaster that I talked that day, she checked the delivery posted date and. Resulted it arrived at FBI address.

**ASSASULT AND BATTERY:** The law enforcers mounted communication devices so as to have access to assaulting us. Shackles 24/7 and use of other electrical circuits that inflicts pains to our body. I am cabbed or poked through vaginal, anal, eyes, nose, searing of tongue, poking, tagging, stinging ,darting, beaming, burning causing blisters in my skin, pepper spray and by the use of an infrared or RFID, instrument. I am hearing those kinds of drugs without consent or permission from has been administers even now. My head has been zapped since the day or maybe before the home invasion has occurred. I am suffering from DIMENTIA. The law enforcers are using decoys and other sounds built in wireless devices for access so as to have a steady communication to us. They are sending stalkers to follow me and other family members , sisters in Stockton, my son and family at New York; Texas, my niece and her family; Alaska, my nephews and extended families who lives in the Philippines. The law enforcers use acid powder for footage, so as to find out the number of people in the family; and places where we went or hang out. Acid powder is also use to spread out on our foods and fluids for drinking ,pantry all over the house and indoors and outdoors of our property. Law enforcers knew my route of direction for an errands and appointments to any places. They entice us and this resulted for me and my husband a domestic violence that leads me to calling 911. They sabotage us by brainwashing our thought regardless what we do on daily basis. They taint our personal belonging such linens, clothing's, cosmetics and other household belongings, laundry and other accessories.

~~STALKING AND TRESPASSING:~~I have been followed everywhere it, does not matter whether going to see a doctor for appointment or going to the store, shopping, or to other home in Stockton, restaurants and other places. Cars passes by me some of the cars are tainted in black and white cars that looks like a county car and some are not. I obtained their license plates and sometimes I had to voice out the license plate numbers each time I drove my car. .I know that a built-in spy camera is place in my body. (Receipts of purchase items obtained. An example of the places that I have gone are: kaiser Permanente, food 4 less, Walmart stores, AAA insurance, Safeway, LBC cargo, Western union, Kohls, Jonas fabriics,DiDes , Rose store, Louis and Home Depot, and more, ford service and more.

**AUTOMOBILE**( Ford Fiesta) was taken to Ford Service for Tracking devices inspection. Supervisor stated, that no monitoring devices were found. Received work order receipt.

**CHIPS AND HEARING AID BUILT IN AND VISSION**. Micro chips are mounted in each side of my gum line ,and under the tongue. I am hearing that Microchips serve for microphone to communicate to the law enforcers. My ears have the chips as well. My vision has plastic or cellophane which I find it so frustrating because I have floaters and blurry vision and night blindness and it's hard for me to see even when I wear my eye glasses.

. **IPADS, CELLPHONES, COMPUTERS;** Two iPad ( Apple Mc)- My cellphone does not function. Passwords are taken and controlled by technicians of the law enforcers this is what I am hearing from them. I have taken my iPad device to Modesto apple store, California to fix it. The technician downloaded the program, took an hour waiting but it was not still working because they are all tampered and the password are held it until the court judge will request for release. the same situation with the cellphones. I have the right passwords to all my gadgets but have no access to all except one for my MacBook Air.

**STORAGE, CLOCKS,PATIO DOORS,GARAGE DOOR OPENER PLANTS AND PAYMENTS, SCREEN OF WINDOWS-** White coated paints are painted on each fixture, windows ,window sill has white coated on it for the purpose of footage dimension, sliding doors and other indoors and outdoors door knobs are tampered and screws lose each time I opened the door. Back door knob and woods has chips and rusted; iron bars mounted on top of the back door gate are also rusted. Plants have white substances that it looks like a lime seen under piles of leaves and base of each planter in which the plants are planted.

 Page 5

**CLOTHES AND OTHER PERSONAL BELONGINGS.** Almost all of my clothes are coated by white powdery substance like. Purses, hand bags, shoes have sting in it. Shoes and slippers have holes and coated by a dry glue way like substance. Cosmetics like lotion, facial powder and other accessories have acid base powder on it.
**MAXILLIARY CHIPPING AND HEARING AID CHIPS.** Me and my husband has microchips. After I knew about that we have the microchips and hearing aid chip installed in our gumline in and out and under the tongue, I was able to check on Dan's daughter, VIA, she is 4 and half year old now. I believed that both of her parents have it too installed. My sisters Rafaela and Rebecca and their family have microchips installed. Family in Texas and Philippines have it also installed and they are being followed where ever places they would go also.

**GONE FOR AN** APPOINTMENT: Kaiser Permanente Stockton, I had my blood work done recently for radiology of my mammogram. I was waiting for my name to be called in and along with me two women came along at the same time. I heard that they were relatives of the law enforcers who are decoying at me. There was another woman after I got out of the radiology department. At one time that it was cleared to me inside the women health department for gynecology, she was also a decoy. I had my OBGYN appointment for UTI and blood works done when lots of people were following at me. It's the same situation when I went

**PROFESSIONAL INVESTAGATORS BUG SWEEP**- An investigator to investigate the house in Manteca for surreptitious entry was hired, this resulted to "no bugs or mounted monitoring devices were found

**ANIMALS:** Our dogs have warts and tags all over their body. One dog died in July,2024, suffered vision loss bloody stool, and other medical issues like Lumps in the body are visible when felt and one suffered an epilepsy ( Trey).

**MENTAL HEALTH COUNSELING**—I went to Lathrop , Kaiser Permanente for mental health counseling. Doctor, diagnosed me having a schizophrenic episode and prescribed medication for me to taking it. My son, is also attending mental health counseling sessions and is taking medication as well. I have not observed my son having the personalities that will qualifies him for taking depression medication. I decided to go to this clinic because my son and my husband has forced me to go to this place.

**FEDERAL PRISON**- My nephew Elmer Y. Ngo is awaiting to be sentenced in November 4,2024,due to false allegation against him.? I am hearing that me and him are placed for CORATILAR

**DOLLS AND MISCELLANEOUS- A Donated Doll** to the CDCC, I retired from San Joaquin County, without knowing it, I had the doll with me along with my other belongings at time of my departure in March 2017. Miscellaneous such as books and handouts were rejected by the staff of CDCC upon returned these items to them. I was told to dump it to the dumper, so I took it to the family ties. The staff accepted it. The DOLL was returned to E.R. in July 19, 2022. And E.R. has the possession of the doll, confirmed in August 2024.

**HAIR STRANDS-ACCUMULATION-**Since the home invasion has started, I lost a lot of hairs. Hair strands are found on the floor, carpet areas and mostly in the bathroom. After taking a shower, hairs fall off my head.

***HYGIENE***—I kneel by the shower tub and washing my face and brushing my teeth because the water from the faucet feels rough and sticky. The soup dispenser and bar of soup and liquid it has brown spot and course in texture.

**NAILS ON MY TOENAILS**- I had gone to nails and spa twice for pedicure because my toenails have fungus in it, the inside of my toenails are decaying underneath . I had to pedicure myself and while doing this, I had to cover the big toenail using a foil. I am hearing from the law enforcers, ,that a micro spy camera.is used and remotely mounted inside my toenail. I had to use coated silver nail polish with glitters several times on my toe nails so it won't show my vaginal area or my figure when I stand up or walk or at any position that I will do.

**SLEEPING PATTERN**: My sleeping pattern if I allow myself, I would like to sleep whole day long without waking up. My sleep is being controlled through waking up because it is time for infrared and emptying my urinary bladder.

Because of my husband who is 91 years old, I need to take care of his needs. When I sleep on a couch or bed and it does not matter what areas I would lie down or sitting down ,or sleep , I get a sting in my body, if not, parts of my body itchy.

**SMELLS,OILY AND POWDER.** The unusual smell gets into my nose. It stops when I said " stop putting that smell right into my nose. During and after taking a shower, I can feel that my body and hairs are oily. The acid powder is scattered out all over the floor, carpet, walls, inside and outside the covered and other ornaments.

**EMBEZZELMENT; RESEARCH- INVESTMENT**--Heard that when a person is use for research, financial status reclaimed.

**CARE GIVER FOR HUSBAND**- The VA was contacted for home care, talked to the representative, and came over for an assessment. After it was approved, a representative was sent to the house for an assessment. A care giver was informed and the service was cancelled. Pictures of a male caregiver was obtained. I only knew later, that the person that was sent to the house for a caregiver was one of the police officers, he is in cohort with other law enforcers. ( I am hearing this through electronic devices or digital entry for communication

**CHILD ABUSE**

My grand daughter , VIA, a 4 and half year old, has maxillary chips in her both upper and lower gum line and a huge one under her tongue of her front gum. She also experiencing hives when she came to visited us with her dad. She had ear infection that at one time, her dad my son, had called me and showed me about a discharge or drainage that came out of her ear.

**ELDER ABUSE**; Me ad my husband are suffering physically, mentally, emotionally and psychologically. My husband right arm has been in pain almost everyday. Our body are wired by electrical circuits and shackles around our body.

**FAMILY SITUATION**: Since the home invasion of the two homes, I am stunned to the situation that I feel helpless, numb, emotional despair by a lot of things that I don't even know how I am feeling and doing. I know that I am being guided by the staff members, law officers, military, technician, FBI, officials, researchers and their family members that are in cohort with law enforcers who are involved with the Sting or home invasion. Since February 16,2022, everything that I am connected with are not the same anymore. It has gap in so many ways especially communicating with my loved ones. I am becoming distant from my family, there is a communication gap now than it used to be. My son and his family at New York, we hardly talk to each other, as a matter of fact, my son was checking by calling me or face time me almost on daily basis he is asking me how I am doing I know and he knows that his father that lost his last breath, made a promise for him (dan) to caring for me. because of an overwhelming situation and running into this stigma we are facing; we have difficulty to maintaining the cohesiveness of being called as 'FAMILY". It is a dilemma just thinking about it and how we fall . It feels like we are inside a big whole or a cave that every action and words are decoded and filmed. I ask myself in a silent mode "why me? Why my family? Why my son and his family and families in the Philippines, Texas, Network, Alaska, Stockton and other corners of the country have to suffer the pain that we don't deserve to have. For years had passed, I realized and say" what did we do wrong? Is it an intentional or unintentional that why are we being treating this way? Is this really an anti-Asian racist? Or something else? This, dilemma I still don't get it. Using me and my nephew for collateral is it worth it? Or is it just a game to play. It is very emotionally and mentally disturbing, it involves, mental, physical, sexual, spiritual, educational and , socio economic burden affecting us all and it is a turmoil experiences. Me and my family came from a simple way of living, we are strong people emotionally especially mentally and are down to earth people. Why are we being treating this way. Although, I don't say much to my family or talking to them about what is going on a daily basis, but inside of me, I have the instinct that they themselves are also suffering quietly. I am not buying to this idealization. .I am earing from each one, about abusive language, so insulting and demeaning, these hurtful statements, but are s my stepping stone to go forward and prevent not fall to the crevices I am who I am. I am only a human being. I am not a destroyer. Each time I heard hurtful words or statement, it gives me the strength to go forward and looks for the inner direction. It guides me to look for the light for survival. No matter what happens, I will continue to what I thought is safety to all of us. Feeling safe, is not only for me, nor for my son and entire family but this is also for all of us

especially to the children who are innocent. One person cannot solve the dilemma or the problem of the nation. It takes a whole village to work together so as to find the solution to the problem. When I walk alone, I am not even afraid whether someone will hurt me or not. It is because, in my conscience, I am who I am, and came to America with a clean slate with a purpose to do well. Me and my family are not criminals We want to be treated good and be respected. I filed a lawsuit, did not intend to do this. But my gut feeling has been haunting me to do something for all of us so and prevent from kinds of abuses.

Ralp, he heard these epidimologists to Empede marian's brain so she contnunes to forget things becsue when me last night whenen playing on these dominor brain teaser, iwas so quick to respond, I did not know that so eone is copleting with me by using same device. " they do this to her, marian each she is on a phone or devices, right away they control her cellphone or co kputer especially when she answers the landline phone and diverted it to the call center they have used to be a person who works for a call centr was told to leave because she was a pilipina and she always help out people like them and she got caught so she was fired by Delgado itself, the mayor of the family, a dictator, prenteding he is the uncle of marian in reality he is not, he I a traitor to all of us and not only to philipinos but to Italian itself, like you and you and you and I u am Ralph seior the father of the two boy, twins and all are fire fighter her in lathroup, ripon, Manteca and showhere ellse A call is received and diverted to caller when each patients needs to be pick up or transported to place ike dameron, aiser and sand joaquin county general hospital, so here it is, now, I guess she is quiet right now and is doing something else, when she is quiet, means something she si doing now—what is she doing ralp, my one of my boys, a twin, his brother works at night shift and he is a controller for the distillery of Manteca exhever Delgado incorporation located at 568 mariposa avenue or rd, Lathrop, , there is one at ripon, small store, Manteca no, arian finds that out, she will be going there he said, who? Delgado, the senior Monaco, why do you call him Monaco—hbecause he is the center of organization and last night there had a meeting to al of us, wwha wre you talking about? We were talking about the plan for her nephew, elmer, arian's nephew wait. I have a list here,he speaks in Italian version, I coul not understsand ther eis an interpreter, his name is domingo from Valenzuela? Yes, nodded his heaed, oh, really since when? While ago, she is also ryping what I said, she is fast in typing, I wonder if she went to school for that- yes, I took tying at delta b=however, it is so slow for e, y head is zap so, -- h, your good at stenography, nope- hard to meorise those sympbols—oh, he cn aspea English, I thought she is vietnamise, arabics sometimes, well, they trried to interpret to different version so no one could understand her talks oh, who I she reaslly, she is fro Philippines, negroes occidental and she brought her here by her husband, Dr. Elmer Harvey, a ph ,that's all I know, I am readyng what she is typing, though, grammatical error, btu this is a roughtdraft to h=for marian- oh, her name is arian, roqueta/ oh, she is our counselor used to be—go bac to where we left of-about distillery of Enfrared-, w who are you talking to? You boo, oh, my name is Ralph Senior, a doctor of the paremedi- oh, since when/ long time ago when the twin boys were young then, ha dgone to UC Davis for my internship and then got a jobfor technical fire department here at Manteca, Lathrop, ripon and all over the county, where did you get these ambulance and dire truck? Ask the spy person,we stole it, oh we bought it since 1918? R are you serious about it? You stole it from where ? you have mentioned about it, stole from where? Mariposa fire department- marisposa? Yes, by who we are group of stealers and nodding his head , and who is respo9nsbe about this stealing that are going to this

THAT SOMEONE IS HURRYING TO KILL MY H USBAND BECAUSE HE HAS LIFE INSURANCE AND THEY WILL GET A MILLION OF DOLLAR—I HEARD THAT DO NOT GIVE OUR MEDICAITON BEAUSE MARIAN, THE WIFE IS GIVING A PRESCRIPTION FROM HIS DCOTRO, AND WE ARE NOT, WE ARE DOING ILLIGAL TO THIS FAMILY-- I HEARD ABOUT THIS SEVERAL TIMES, BUT THIS TIME I HAD TO NOTE IT DOWN FOR A RECORD—EVERYTHING I DO, I ALWAYS GET A STING ESPECIALLY WHEN I DON'T COMPLY TO YOU ALL, TO THISE CYBBER DIGITAL PEOPLE ( HACKERS) I AM CALLING THESE PEOPLE A HACKERS BECAUSE THEY INVADING OUR HOME AND PRIVACY-- WHEN IT COMES TO DIGITAL ASSAULT, IT IS HARD TO TELL, THE ONLY THING A PERSON CAN TELL LIKE ME IS THE PAIN. I COULD HARLY SEE THE WORDS I AM TYPING BECAUSE MY VISIONS ARE BLOCK AND MY RIGHT LEG AND FOOT, ARE VIBRATING, RIGHT NOW, I JUST SEEN A FEISHING LINE THROWING AT ME. MY BODY SINCE THIS MORNING AFTER I GOT UP, FEELS LIKE BURNING, I HAD TO WEAR MY HAT BECAUSE MY HEADS GET NUMBING AND MY FACEMASK THE ONLY WAY I THOUGHT IT LEASEN FROM HAVING PLACE AN ACID POWDER INTO MY MOUTH, BUT I AM WROING—THE KITCHEN COUNTER, IS ALWAYS STICKY ALTHOUGH, I WASH IT, USING A BLEACH—EVEN MY PUBIC HAIRS ARE PULLED, MY VGINAL CANAL IS FEELING NUMB, ANAL OR ANUS IS TWIRLING AND MY EYES ARE POKE, FEELS LIKE THERE IS A FOREIGN BODY INSIDE. IT ONLY STOPS SHORTLY AFTER I SAID IT BUT I CAN SEE A CONTROLLER WOULD JUST SIT AND PRETENDED HE OR SHE DON'T HEAR NOTHING, I HEARD THAT HELENA DELGADO PASS THEIR BUSINESS TO THE JAVILIANA FAMILY AND THAT THE DELGADO, SAYING THEY ARE NOT RESPONSIBLE ANYMORE ABOUT HAVING TO INFRARID THE PEOPLE- NOW IT IS THE JAVILIANA'S RESPONSIBILITIES TO KILL THE VICTIMS AS THEY WANT- WE WILL SAY ABOUT THIS, I HAVE NOT TYPE ABOUT MUCH ABOUT YESTERDAY AND SINCE MY NEPHEW THAT HAD AN ARRAIGNMENT TO GO PRISON FOR 20 YEARS—LOTS OF STORIES I HEARD BUT GOT FORGETTEN BECAUSE MY HEAD GETS ZAP A LOT—THINKING ABOUT, PLACING AN INNOCENT PERSON ,AND HAS NO IDEA ABOUT WHAT IS GOING ON TO HIS LIFE. I HEARD A LOT OF STORY THAT SAYS, FEELING SORRY FOR WHAT MY NEPHEW SITUAITONS.—HOW COULD THE LAW WOULD PLACE AN INNOCENT PERSON TO PRISON WITHOUT A PRIOR CRIMINAL BACKGROUNDS OR ALLEGATIONS—THIS IS VERY BILE BECAUSE WE ARE THE MINORITY AND WE ARE USE FOR AN ADVANTAGE BY THE OTHER CULTURES FOR MONEY EARNERS—WE WILL SEE ABOUT THIS—THERE WILL BE PEOPLE WHO ARE GOING TO DO SOMEHTING FOR GOOD BECAUSE ME AND MY FAMILY ARE NOT THE ONLY VICTIMS WHO ARE SUFFERING--- THESE PEOPLE ARE TAKING ADVANTAGE OF US--- THE TRUTH WILL PREVAIL LATER ON – I WILL JUST WISH THAT THIS TRAGEDY OR ENIGNA WILL PUT TO AN END—ONE VERSIS ALL—CAN YOU IMAGINE TO PUT YOUR SELF INTO MY SITUAITON? I HAVE NEVER EVER THOUGHT, THAT I AND MY FAMILY COULD OR WILL RUN INTO THIS AND BEING USE FOR ESPINIOGE BY THE PEOPLE WHO I THOUGHT, HAVE NO MERCY AND THESE ARE ;FBI, MILITARY, POLICE OFFICERS, US MARSHALLS, AND NON-CUSTODIANS-- I HAVE TO MENTION THAT THE VERDICT OR THE RESULT OF THE ARRAIGNMENT IS BIAS FOR SO MANY REASON: FIRST, SAYS, 300 TO 500 VIDEOAS

THAT STATES, THAT MY NEPHEW IS RESPONSIBLE ABOUT, ACCUSING HIM FOR CHILD PORNOGRAPHY AND MOLESTED THE CHILDREN ALL OVER THE WORLD; AND CALLS AND ENTICED THESE CHILDREN FOR SEXUAL PURPOSES SO MUCH THAT HAVE BEEN WRITTEN ON THE BLOGS, IT MADE ME GAGS BY EVEN READING THE NEWS, I DON'T LIKE READING ABOUT IT, IT CHURNS MY STOMACH KNOWING THAT THESE ALLIGATIONS ARE NOT TRUE- YOU KNOW AND KNEW WHO THSSE PEOPLE THAT PUT A PERMANENT STAINS TO MY NEPHEW AND TO US AS HIS FAMILY—MY SON, DON'T AGREE ABOUT IT AND OTHER FAMILY MEMBERS, THINKING THAT ELMER DID IT—BECAUSE THEY ARE BRAIN WASHED—SO MUCH WORDS TO EXPLAIN AND WRITE DOWN—BUT I DON'T THINK IT WILL HELP—I KNOW THAT THE PEOPLE WHO DID IT ARE CELEPBRATING AND GOT THEIR 100 THOUSAND AWARD FOR THEIR JOB BY PUTTING ME INTO THIS SITUATION AND WITH MY NEPHEW IN PRISION.—THIS IS MARIAN, ROQUETA. I KNOW THAT MY NAME IS CHANGED ON DAILY BASIS FOR CONFIDENTIAL. OH REALLY CONFEEDENTIAL THAT IS WHAT I HEARD FROM THE FAMILY OF INFRARID. NOW, MY LEGS ITCHY, AND STINGS ONLY IT FEELS ITCHY OR ITCHIES ---SOMEDAY, THERE WILL BE LOTS OF STORIES WE WILL HEAR FOMR THE NEWS—( THIS IS THE ROUGHDRAFT AND I WILL BE FINALIZING ABOUT THIS—I HOPE AND I WISH THE FEDERAL COURT HEARING THAT I AM BEEN WAITING WILL SCHEDULED SOON- LOTS OF PEOPLE ARE STILL QUESTIONING WHAT COURT? YES, LOTS OF PEOPLE KNEW BUT PROBABLY IS JUST A PRETEND QUESTION> PEOPLE CAN DENY ABOUT THE REALITY BECAUSE THEY DON'T WANT TO BE PART OF IT—THEY JUST DON'T REALIZE THAT THEY ARE INVOLVED ALSO IN THIS STINGSI—OF SAN JOAQUIN COUNTY- I HEARD THAT LOTS OF HOMES THAT HAVE BEEN RAIDED OR STING WITHOUT NO APPARENT REASONS. THO THOSE OF YOU WHO ARE READING ABOUT WHAT I AM WRITING , KEEP ON EYE AROUND YOUR SURROUNDINGS, LOTS OF THINGS GOING ON—MAYBE YOU JUST DON'T REALIZE THAT YOU ARE A VICTIM BECAUSE YOU DON'T KNOW MUCH—IF YOU FEEL THE PAINS, ACHES AND PAINS, THAT'S THE SYMPTOMS AND THAT IS GOT TO DO WITH HAVING A DEVICE INSIDE YOUR BODY- IF YOU DON'T FEEL ABOUT IT AND IF YOU ENJOY ABOUT THE PPAINS, THEN CELEBRATE ABOUT IT—HAD YOU NOTICE ABOUT A PERSON WHO WAS JUST TALKING TO YOU AND ALL OF A SUDDENT HE OR SHE DIED?, THINK ABOUT THAT, THAT I A CLUE!

7/7/25 — 2am----THE FAMILY AND FRIENDS OF THE INFRARED ARE WATCHING ME ABOUT WHAT I AM DOIING, SORTING MY MEAILS AND EARLIER CALCULATING ABOUT THE BILLS AND BANK ACTIVITY—I GOT A STING ON MY BACK AFTER I SAID IT—THIS HAS BEEN LIKE THIS EACH TIME I GET ON MY PAPER WORK, ESPECIALLY WHEN IT COMES TO MAY BANK ACCOUNT AND MY HUSBAND JOINT ACCOUNT WITH ME. – I HAD MY HUSBAND DRINK HIS ENSURE SINCE HE IS NOT EATING AND CHANGING HIS POSITION FROM SIDE TO SIDE PREVENTING HIM FROM BED SORES. HE SLEEPS LIKE A CLOCK, AND I HOPE HE IS OK-- - ITS 2 AM NOW, GOT A LOT OF PAPER WORK TO DO AND PLUS THIS THINGS THE NAGERS AND CYBER DIGITAL ARE ALWAYS WATCHING ME AND US—NOW I GOT A STING ON MY TOES AGAIN AND I DON'T KNOW WHY—THIS IS MY PERSONAL

BODY IS NOT NORMAL ANYMORE—YOU CAUSE ME AND US PAIN AND SUFFERINGS—THIS IS INHUMANE- STOP, STOP WHAT ARE YOU DOING—YOU ARE VIOLATING OUR PRIVACY, OUR MEDICAL INFORMATION HAS BEEN TAMPERED UNTIL NOW—MY HUSBAND IS DYING BECAUSE OF YOU – STOP-- EACH TINE I HAVE A UTI, URINARY TRACT INFECTION, A BLODD IN MY URINE IS PRESENCE—AND THERE IS A PRESSURE IN MY ANAL AREA THAT MAKES ME HAVE A BM—I WILL SUE YOU IF I FOUND OUT H=WHO YOU ARE—STOP—THERE IS ONE ALREADY IN PROCESS THAT I AM SUING THIS FBI AND THIS FBI KNOWS WHO YOU ARE. THEY ARE WORKING AT YOUR COMPANY THAT YOU ARE WORKING AT AS WELL—YOU SAID THIS IS YOUR MONEY MAKERK—STOP, IF THIS IS YOU FE HERREA OF JILL OR SOBRENA OR CYNTHA MADRIGAL AND KAREN CANETE WHO ARE TTELLING THESE PEOPLE OR FBI DO DOING IT OR DOCTORS, MARK MY WORD, AND I SWEAR, I WILL SUE YOU—
7/8/25-9:30PMM—I GOT ZAP IN THE BRAIN, HAD DIZZY SPELLS, TODAY I WAS OUT, MY HEAD GROGGY AND EXPERIENCING BRAIN FOG, BUT TRIED TO MANAGE IT AND GLAD I MADE IT HOME SAFELY—GOD IS WITH ME AND MY GUARDIAN ANGELS FOLLOWED AND I FOLLOWED THEM ,I DON'T KNOW WHO THEY ARE—ITS ILLIGAL RAID I AM EXPERIENCING AND A LOT OF PEOPLE ALREADY KNEW WHAT IS GOING ON HERE AT SAN JOAQUIN COUNTY—THERE ARE PEOPLE WHO ARE INCHARGE ABOUT IT—TODAY, I GOT POKE AND PRICK AS USUAL AND STINT INSDIE MY BODY, MY URETHAT IS SCREWED UP, A URINE SQUIRTS OUT OF MY URETHRA WHEN I AM COUGHING AND CARRYING EVEN LESS THAT 2LBS OR 4 LBS—MY SISTER RAFFEY EXPERIENCING THE. SAME THING, FINALLY SHE GOT IT—BUT STILL CONFUSED ABOUT WHAT IS GOING ON, SHE BLAMES IT ON THE ENVIRONMENT AND OTHER FACTORS—STINGS AND PRICKS AND SNAGS AS WELL DUE TO THE COBALT THAT IS IMPLANTED BY THE MILITARY ,POLICE, FBY, ORDERED BY DOCTORS AND RESEARCHERS ( I ised to remembered about it- but because of the zapping, my thoughts are impaired—WHEN I MENTIONED ABOUT THIS, SOMEONE IS CHOKING ME – ITS DONE INTENTIONALLY—IT'S THE CYBER DIGITAL WHO RAIDED MY HOME ILLIGALLY IN 2022 UNTIL NOW, STOCKOTN AND MANTECA-- LOTS OF BAD NEWS I HEARD TODAY- SOME TRIED TO IGNORED AND PRETENDED THEY DON'T KNOW NOTHING—MAYBE THEY ARE CHICKEN OUT AND DON'T WANT TO BE DEAD OR GET KILLED-- LOTS OF THINGS ARE BEING DELETED AND THIS IS MY OWN PERSONAL JOURNAL, IT BELONGS TO ME—TO THOSE OF YOU WHO ARE READING TO THIS, THEN, ITS PENAL CODE VIOLATION-647;j 3,7, - THERE WILL BE SOMEONE WHO IS GOING TO DISCLOSED EVERYTHING MAY NOT BE ME, BUT THERER ARE OTHERS BUT RIGHT NOW, THEY ARE JUST WAITING.....
9:59pm, EACH TIME I SAID SOMETHING TO PROTECT AND DEFEND MYSELF OR MY FAMILY- I GET REPRIMANDED OR PENALIZED BY – EITHER, HAVING MY HUSBAND POOP AND MAKE BIG MESS IN HIS DIAPER SOAKING HIS T-SHIRT FRONT AND BACK, OR I GET CHOKE UP BY REPEATEDLY COUGHING AND IF NOT, MY EYES ARE POKE, BLURRY, MY VAGINAL CANAL OR ANUS IS STINGS—THIS IS AGREVATED ASSUALT AND BATTERY—I HEARD "GOOD FOR YOUR MARIAN, KEEP

UP THE GOOD WORK, WE WILL CONTINUE TO STINGS AT YOU IF NOT, WE WILL USE OUR DECOYS OR FAMILY MEMBERS TO DO SOMETHING IN YOUR HOME AND BURN YOU MARIAN IN A INCARCERATOR JUST LIKE WHAT JOHN OR JOSEPH BUCHANAN WAS USED TO TELL YOU—HE WAS THE ONE WHO FOLLOWED YOU AND TOLD YOU TO TAKE THOSE MISCELLANEOUS TO THE COUNTY AND RETURN THE DOLL TO THE CHEMICAL DEPENDENCY COUNSELING CENTER BY CALWORKS, THAT YOU USED TO WORKED AT – SEE TO IT—HE WILL GET THE PRIVACY ON HIS OWN IF YOU WILL TAKE HIM TO A LAWSUIT AND THAT HE WILL BE HAPPY TO BE INCARCERATED BECAUSE HE AND "WE ARE HIS CONVOY,MILITARY AND HE SAID, GO AHEAD AND SUE HIM AND WE WILL BE BEHIND YOU AND BACK YOU UP FOR GOOD EVEN WHEN WE GO TO THE PRISON BECAUSE WE ALL DESERVE IT FOR PUTTING YOU TO THIS LIFE EVEN BEFORE, YOU AND DAN ARE ALWAYS GOOD TO EACH OTHER, YOUR SON AND HE IS NOT GOOD TO WOMEN BECAUSE HE ALWAYS BLAME THEM FOR WHAT THEY DID TO HIM—LIKE TAKING THEM TO THE STRESS AND A LOT OF THINGS—EXCEPT FOR VIA, HIS DAUGHTER, SAID—DAD, YOU AND LOLA HAS TO BE MY GUARDIAN ANGELS AND THAT WHEN I GROW UP, I WANT TO BE A POLICE WOMAN AND THAT I WILL BE A GOOD ONE TO PUT THESE PEOPLE WHO ARE DESTROYING OTHER PEOPLE WHO DID NOT EVEN HAD THE CONVICTION . JUST LIKE MY UNCLE OR COUSIN ELMER, HE IS IN PRISON FOR 25 YEARS FOR NO CONVICTION—AND THESE PEOPLE WHO SENT MESSAGES TO HIS CELLPHONE, WILL KNOW ABOUT IT--- THIS INTERPRETER, SAMMY SULLIVAN, MOTHER IS PAMELA SULLIVAN AND BROTHER IS MARCUS SULLIVAN—
10:25—THOUGHT I HEARD NAME OF TERRY MANZO, SISTER OF YOLANDA AND ANOTEHR SISETER , ANGELA MANZO – VISITED THE PLACE OF INFRARED COMPANY—SHE WAS TELLING TO VISIT THE PLACE BECAUSE SHE USED TO WORKED AT THIS COMPANY—PREVENITION SEVICES WITH LAW ENFORCERS, MILITARY AND FBI- BEFORE THERE WAS NO FBI INVOLVED WITH IT, IT WAS JUST THE MILITARY AND LAW ENFORCERS- :MY HUSBAND USED TO BE A DISPATCHER AT THE COUNTY AND I HAD TO HELP OUT WHEN THERE WAS A FUNDRAISING AND WE BROUGHT FOODS,HOTDOGS, PICKLES, AND SOMEHTING ELSE—SHE DOES NOT WANT TO CHANGE HER NAME, SHE WANTS TO REMAIN AS TERRY MANZO. NOW EDIELISA IS THE HEAD OF THE PERINATAL AND CPS,AND PROBATION OFFICERS ARE EVEN ASKING HER IF SHE HAS HEARD ABOUT MARIAN OR ROQUETA BEAUSE SHE IS REALLY HAVING A HARDTIME ACCEPTING TO BE IN A RESEARCH RECIPIEENT AND THAT (THIS IS A MADE UP TO WHAT HAS HAD HAPPENED IN THE PAST BECAUSE IT WAS JUST EDIE REAMIREZ KNOWS ABOUT THIS COMPANY INTERPRETER IS MANUEL FLORES.
11pm—I HEARD DR. HERRERA, HOSPICE OF SAN JOAQUIN COUNTY HOSPICE VISTED THE DISTELLEY ARMOUR INCORPORATION LOCATED AT LATHROP, , ON CANAL ST. BY THE MARIPOSA—AND -CYNTHIA MADRIGAL INTERVENE CESARHERERRA WHEN SPEAK ABOUT HOW MARIAN WOULD DO , A BLOCKER, MIGUEL FLORES A SON OF CESAR CEPHADA TAUGHT TO DO SO AND HE IS 36 YRS OLD, MAN CAME FROM PHILIPPINES, BALARING NEGROES OCCIDENTAL, AND HE IS A BLOCKER WHEN SOMEONE SPEAKS AND EVEN MARIAN SPEAK.. JUNIOR,

SEEMS THAT MARIAN AND HER FAMILY ARE ALWAYS THE SUBJECT OF EVERYDA;S DEFAMATION—SO SHAME THIS IS ABUT AMERICA, THOUGHT, AMERICA IS THE SAFEST COUNTRY EVER, BUT THE PEOPLE WHO LIVES IN THIS COUNTRY ARE BEIGOTRY EXCDPTFOR THE GOOD ONES, REMMEBR WHA MARIAN SAID—AFTER THE HER HOUSE WAS RAIDED, SHE SAID, "IFI FIND OUR COMPANY, I WILL TAKE YOU TO THE COURT OR I WILL SUE YOUR COMPANY", WILL , SHE ALREADY STARTING WITH ONE, MARIAN THINKGS YOU KNOW WHO? IF YOUR THAT GOOD ABOUT MONKEY BUSINESS, THEN YOU KNOW WHO HE IS. THEN MARIAN HAS ALREADY HEARD A THREATHENING STORY, AFETER SHE WENT TO RIPPON TO FIND WHERE THE OFFICE OF THE FBI, TOO BAD THATA THERE WERE NOT THERE—BUT SHE MADE THE REPORT THOUGH—BUT MARIAN WILL NOT QUIT UNTIL SHE GETS THE JUSTICE SERVED ESPECIALLY FOR HER NEPHEW WHO IS IN PRISON RIGHT NOW. GUESS WHAT, MARIAN IS NOT AFRAID TO WALK IN THE DARK OR ALONE BECAUSE SHE HAS A CLEAN SLATE, SHE CAN TELL, THAT WHE SHE GOES TO ANY STORES, OR ANY LOCATIONS, A CROWD OF PEOPLE ALL OF A SUDDEN APPEARS. MARIAN CAN RIGHT AWAY BROADCASTING ABOUT EVERYTHING THERE, BUT SHE IS NOT THAT FAST YET, SO, TO THOSE OF YOU WHO DOES NOT KNOW WHATS IS GOING ON—YOU ARE ALSO A VICTIM—AND YOUR FAMILY AS WELL—IF YU WIGGLE YOUR TONGUE LEFT AND RIGHT AND TOUCH YOU BOTTOM TEETH, YOU WILL FEEL THE LUMPS ,THESE, IF YOU HAD GIVEN SOMEONE A PERSMISSION TO DRILL A CHIPS INSIDE, THEN, YOUR LUCKY, YOU DON'T NEED TO FIGHT AT THEM. NEXT A HEARING AID, DO YOU WONDER THATYOU CAN HEAR AND TALKING TO SOMONE WITHUT HOLDING A CELLPHONE? THAT MEANS YOU ARE A VICTIM AS WELL. ASK YOUR KIDS OR FEEL THEIR MOUTH, SEE IF THEY HAVE IT TOO. MY GRANDAUGHTER, WHO IS 5 NOW, SHE HAS IT—WELL, IF YOU ALL WANT TO SAVE THE COUNTRY OR THIS SAN JOAQUIN COUNTY, MAYBE YOU WILL HAVE A PEACE OF MIND—HAVE A GOOD DAY TO ALL—THIS IS MARIAN/ROQUETA.

7/7/25—11:48 JUST BE CAREFUL MARIAN, WHAT EVER YOU DO, BE CAREFUL BECAUSE THEY CAN TWIST WHAT YOUR ARE SASYING JUST LIKE YOUR NEPHEW, THAT'S WHAAT THE DID TO HIM. TIM HIS ATTORNEY KNOW ALL ABOUT IT- AND HE IS LISTENING RIGHT NOW—WHEN YOU GO THER EHE SAID, HE IS GOING TO TELL YOU TO "KISS OUR ASS", WHORE, THEY ALL LAUGHED BECAUSE THEY CAN HEAR HIM TALKING TO "YOU,ME AND ALHOUGH THEY ALL HAVE THE FIREWALL, THIS INFRARID, WILL TELL WHO YOU ARE AND WHERE THEY ARE EVEN WHEN YOU ARE HIDING IN A SECLUDED PLACE—NO, SAID NOEL- SON -OF NOEL AND HE IS NOW AN OWNER OF THE INFRARID DISTELLERY HERE IN STOCKTON, MANTECA, LATHROP, RIPON NOT YET, "I AM AN INTERPRETER, JUNIOR JAVILLIANA, YOU'VE SEEN ME BEFORE AMARIAN AT COSTCO, WHISTLING INSIDE THECOSTCO -NO AT THE PHILIPPINES? N, NO THAT WAS MY YOUNG BROTHER, HE HAD HIS PEDICURE DONE, MARIAN AD REGINA WERE THERE AT THE HILITHILIT SPA, MANICURISTA -THEMMAA BEAUTY PARLOR—HERE WE GO AGAINM THE CABBER BEGINS TO START HER CABBING , I CAN TELLM MY VAGINA AREA HAS PRESSURE AND KALAM SA PUBIC HAIR- THE CABBER PERSON IS MELODY,

10/12/25---1: 30-147 pm ABOUT THIS TIME WHEN DANA CONTINUES TO TOUCHED MY GENITALS—SHE WROTE A DATE I AM GOING FOR AN ERAN BEGINNNG NEXT WEEK. I SEEN HER WRITING IT ON A BULLITEN BOARD TO FOLLOW MARIAN FROM 1020-24 OR UNTIL FRIDAY BECAUSE THEY KNOW THAT I AM GOING TO FEDERAL COURT BUILDING SUBMITTING A RESPONSE" APPEAL SINCE MY CASE IS DISMISSED BECAUE ON NOVEMBER 6. I WAS SCHEDULED TO HAVE A COURT HEARING HOWEVER. I DID NOT RECEIVED A NOTICE AND A MINUTE ORDER NOTICE DONE BY JUDGES AND OTHER VIP WHO WERE INVOLVED DURING THE MINUTE MEETING TO REVIEW ABOUT MY CASE-- SOMEONE IS ALWAYS WATCHING ABOUT A MAIL COURIER AND STEAL MY MAILS EVEN GOING INTO MY HOUSE TO STEAL AND READ EVER CONCEIVABLE NOTE OR EVEN ADVERTISING THAT IS PLACED IN MY MAIL BOX AT STOCKTON AND MANTECA PROPERTY AS WELL----10/13/25-1:53PM. AS YOU KNOW, EACH TIME I AM AT THE COPUTER OR READING ANY MISCELLANEOUS, A PERSON WHO IS ASSIGN TO DOING THIS HAS A SCREENSHOT—I WAS OUTSIDE HAVING CHARLIE. DOG TO RUN AROUND THE FRONT WHEN I NOTICED A CHEMNEY PIPE WHERE DI POUR AN ACID POWEDER INTO IT AND FUMIGATE TO INSIDE MY HOME AND I CAN FEEL A POWDERY SUBSTANCES WHEN TOUCHING ANY ITEMS LIKE PLATES. SILVERWARES AND SEEN ON TOP OF ALL THE FEATURES LIKE TABLE. CHAIRS. COMPUTERS LOOKS CLOUDY SU BTANCES ON IT-- A ALSO OBSERVED THE PIPES UP ON TOP OF THE ROOF USED TO BE COLORED DARK /SLIGHT TISA OR BRICKS COLOR AND ALL IS SILVER—AFTER MENTIONING ALL OF THIS. MY BODY IS FEELING HOT SWEATING FROM HEAD TO MY UPPER BODY AND COUGHING REPEATEDLY AND CHOKING WITH MY THROAT IS DRIED AND ABOUT TO SNEEZE—THESE DI IS RUSHING ME TO WRITE DOWN ABOUT MY REPORT SO A SCREENSHOT OF WHAT I AM WRITING CAN BE OBTAINED AND READ BY ALL OF THEM AS I HEARD SOME ONE IS TELLING AND ORDERING HER OR HIM BECAUSE FROM WHAT I HEARD. SHE IS FEELING GUILTY AOUT WHAT SHE SAID AGAINST MY WILL. SHE IS ALSO A PILIPINA WHO IS ASSIGN TO ME AS I HEARD LONG TIME AGO : SHE WAS THE ONE WHO HAD HANDED ME LEDGER TO SIGN MY NAME DURING THE ILLIGAL RAIDS AT STOCKTON AND HER NAME IS DANA HANES. AND ANNA IS ALSO HER OTHER NAME—TWO OF THESE PILIPINA ARE ASSIGNS TO ME AND THEY FOLLOWED ME WHERE EVER I GO—HER NAME IS MARISSA OR MARICE DAGUM THIS IS HER AKA AND BOTH WENT TO TPHILIPPINES ALREADY SINCE ONE OF THEM LIVES AT TANGUB AREA NEXT BACOLOD. I FIRST MET HER AT THE MOFFAT VETERINARY CLINIC WITH HER MOM. I THINK I HAD A CHANCE TO TALK TO HER OR NOT SURE BUT. A FOOTAGE WILL BE SHOWN AS REQUEST IF NEEDED WHICH WILL BE FOR EVIDENCE ABOUT STALKING AT ME—HER MOM WAS WITH HER AS WELL—LOTS OF THEM ARE STALKING AT ME AND AT MY FAMILY AS WELL HERE IN THE USA. WHEN I GO TO STOCKTON, ANOTHER GROUP FROM STOCKTONIAN TAKES OVER AND WHEN I AM AT MANTECA, MANTECA DI TAKES OVER AS WELL. SO WHEREVER I GO AND SO AS MY FAMILIES THEY DO THE SAME. EVEN THE PEOPLE WHO VISITED TO COME TO TH HOUSE IS THE SAME THING. AL'S BEST FRIEND DAVID FELDHAMMER SAME THING, DAVID KNOWS

WHATS GOING ON AS HE WAS ASKING ME SO I HAD TO TELL HIM AS WELL—THERE WILL BE A TRACKINGS BECAUE HERE AT MANTECA HAS 3 DIFFERERNT HOME SECURITY AND ALARMS AS WELL—THERE ARE ALL AROUND THE HOUSE—I USED TO HAD ONE IN MY APPLE CELLPHONE. IT WAS TAMPERED FOR ADT BUT I CAN SEE IT WHEN I OPENED MY LAPTAP AND CELLPHONE ABOUT THE ACTIVITIES TO SEE WHO COMES TO TH HOUSE-- SO IF SOMETHING WERE TO HAPPEN TO US. THERE IS ALWAYS A TRACKING AND PICTURES BECAUESE DUE TO SUREPTITOUS ENTRY AND DI- DIGITAL INSURECTION CAN TELL – I HEARD THAT THESE DI NOT THINKING ABOUT THE OTHERS ARE OUT OF WORK BUT DUE TO THIS DESTELLIRIES INCORPORATED COMPANY, THEY ARE WORKING FOR THEM. I HAVE OR HAD MENTIONED ABOUT THESE GROUPS THAT ARE VERY ACTIVE IN THEIR EXPERTISE HOWEVER, IT SEEMS THAT IS OVER BEYOIND THE LIMIT ABOUT WHAT THEY ARE DOING TO THE COMMUNITY SUCH AS US.2:12.PM==

Case No. 2:24 Exibit
Regueta Board v. Teiinico
Plaintiff Defendant

Manteca city, ops, its me I guess, not you marian—she is responding through about what you and I are t saying about- he can type as fast as we ta can talki- oh really—I need to go, its almost 11am, where are you going? Ralp?, I have to go tosan oaqu8in county flea market for what? Non-of your business, oh im sorry, well, see you ,well talk about it again- about what you guys ere talking about last night- well, Noel nows it all, he an speak Italian and Spanish- me too, can speak a little Spanish, but Italian is different like philippnes tit has lots of dialiect, but tagalong is the main talk by peooe there, Philippines. Yyou an I went to the Philippines, how do you it there? This is phatema like pHoebe, Fatema, our interpreter or spy person marian, I was told by Gill, nate or Niiel to observe what you are or have been doing- what? fFam? I did tell you to watch her only when people are abusing o or abuserve to hr an to her family especially to my on, dan, well he now know because I have bee communicating to him, he does not know me well, he know that I was I have been talking to him evedn when he is at Puerto rico for his birthday, ty re thr ow, alog wit our covoy went with them to Puerto rico, ince when? Uhh, today or maybe yesterfay, they left California to newyori, they all met them thre ad took same flight to buunas aires to Puerto rico and the blocker tried to interrup me while talking to my husband Niel, ops, I am still singl, never been married—I have been waiting for a woman whom I want to be marring oon at the church and I know I am married to famila, her soj mark an d daughter is Sammy or am are goo iids people and I know I o don't have the problem about marry8ing someone who I don't really feel inlove? Oh,oh, why do you then devovrce me m you said yu have heart for marian and if you were to marry her, now what??11.07/5/25—8:45
JULY 5,2025—8:45 pm " EACH TIME I TALK AND MIMICK SOMEONE FROM DIGITAL CYBER GROUP, I GET CHOKE UP. AND COUGHING REPEATEDLY.
9:pm—I WAS FEEDING MY HUSBAND, TYIING TO ENCOURAGE HIM TO EAT THE MASH POTATOE WHEN I GOT STINGS IN MY FOOT, REPEATEDLY, FOLLOWED BY STINGING AND STINGING, FELT LIKE THE INSDIE OF MY CHEEK, A SYRINGE NEEDLE STICKS IN IT, MY LIPS, AND DEFAMATION BEEN SAID TO ME, A WHORE, A WHORE AND LOTS OF DEMEANING STATEMENTS—I TRIED TO GIVE MEDICINE AND PLACE SIDE OF MY HUSBAND MOUTH AND HAD HIM DRINK AN ORAGE JUICE, MILK, WHEN I GOT STINGS AGAIN, POKE INTO MY LEFT EYE, , I COULD NOT HOLD MYSELF EXCEPT TO SCREAM STOP DOING THAT, STOP DOING DOING, BUT THE MORE I SCREAM, THE MORE STINGING I GOT. MY RIGHT FINGER STINGS AND SORE, BLISTER LOOKING, I WAS STRUGGLING TO ENCOURAGED MY HUSBAND TO EAT A LITTLE BIT , WORKING HARD TO COOK ANYTHING FOR HIM SO THERE IS A FOOD IN HIS STOMACH BUT, NOTHING THAT HE CAN EAT BECAUSE HE IS LOOSING HIS APPETITE. I HEARD EARLIER, THAT SOMEONE CALLED THE DOCTOR BECAUSE I WAS PREPARING A MEDICATION FOR MY HUSBAND AND ADDED A BUSPAR WHICH HE HAS BEEN TAKING FOR YEARS DUE TO HIS DEPRESSION, TWICE A DAY AND THEN I GOT DEFEMATION – A WHORE ,A WHORE IS KILLING HER HUSBAND BY GIVING THIS MEDICATION—I HEARD THAT DON'T GIVE OUR MEDICATION BECAUSE IT HAS CYANIDE AND ALSO, IT SEEMS

CASE No: 2:24-CV-0234-DC-AC
Requeta Y Bland C Plaintiff V. Kevin Kanano

painted newly and rusted on each corners and hinges. Car surveillance are being sabotage each time I drove my car.Tracking devices and other accessories are mounted in automobiles.

III. **VIOLATION OF RIGHTS AND PRIVACY WITHOUT CONSENT.** Through digital communication by the use of built in monitoring devices, and other engineering surreptitious wired electrical circuits, RFID/ Infrared and other communication devices violates and invades our own rights and privacy. The following issues and concerns are stated: The harassers has or have access to our medical records; emails, bank accounts, insurance policy, ADT Alarm security; telephone calls each time I called; medical records such as laboratory results and other information.

The harassers has or have access to our Biodata or Biometric information; School records; and DNA records. The harassers also has or have access to dental, hearing, and vision. The harassers also has or have access to VA Information for my husband caregiving. The harassers has or have access to use our body by using a small devices only a special instrument can get into the orifice of the body such as vaginal, anal and other orifices. The harassers controls may mails and
Blocks it such as an FBI mail (9/21/23).

**IV.ASSASULT AND BATTERY:** The harassers mounted communication devices to have access to assaulting us. Shackles 24/7 and use of other electrical circuits that inflicts pains to our body. Cabbing is use to cabbing our body through vaginal, anal, eyes, nose, searing of tongue, poking, tagging, stinging ,darting, beaming, burning causing blisters, pepper spray and by the use of an infrared or RFID. Instrument. The harassers administers drugs without consent or permission from me and family members. The harassers use a ZAPPING METHOD in my limbic system and other family members preventing from communication and planning ahead. The harassers are using decoys and other sounds built in wireless devices for access to have steady communication to me and to other people and other victims. The harassers sending stalkers to follow me and other family members such as my sisters in Stockton, My son and family at New York; Texas, my niece and her family; Alaska, my nephews and extended families in the Philippines. The harassers uses acid powder for footage, to find out the number of people in the family; and places where they hang out. Acid powder is also use to spread out in our foods intake and fluids for drinking and indoors and outdoors of our property. Harassers has control about my route and direction when I do an errands and appointments at any places. Harassers entices me and my husband and ended up to having a domestic violence that leads to calling 911. Harassers sabotage by brainwashing the thoughts of people when I need to contact them, thus by calling them ahead before I even get there. Harassers taints our personal belongs such linens, clothings, cosmetics and other household belongings.

~~Exhibit~~ RB
Exibit H

PRO_SE,CIVIL,APPEAL,CLOSED

# U.S. District Court
# Eastern District of California - Live System (Sacramento)
# CIVIL DOCKET FOR CASE #: 2:24-cv-02346-DC-AC

(PS) Bland v. Kandow
Assigned to: District Judge Dena M. Coggins
Referred to: Magistrate Judge Allison Claire
Case in other court: US Court of Appeals, 25-06596
San Joaquin County Superior Court, MAN-CV-UCH-24-00093
Cause: 28:1441 Petition for Removal- Civil Rights Act

Date Filed: 08/28/2024
Date Terminated: 09/30/2025
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Roqueta Y. Bland** represented by **Roqueta Y. Bland**
9980 River View Circle
Stockton, CA 95209
209-239-7434
PRO SE

V.

**Defendant**

**Kevin Kandow** represented by **William Dean Carter**
U.S. Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
916-554-2781
Fax: 916-554-2900
Email: dean.carter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2024 | 1 | NOTICE of REMOVAL from San Joaquin County Superior Court, case number MAN-CV-UCH-2024-09377 by Kevin Kandow. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proof of Service, # 5 Civil Cover Sheet) (Carter, William) (Entered: 08/28/2024) |
| 08/28/2024 | 2 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Form) (Mena-Sanchez, L) (Entered: 08/28/2024) |
| 09/04/2024 | 3 | MOTION to DISMISS by Kevin Kandow. Motion Hearing set for 11/1/2024 at 10:00 AM in Courtroom 3 (KJM) before Chief District Judge Kimberly J. Mueller. (Attachments: # 1 Points and Authorities, # 2 Declaration of Kevin Kandow, # 3 Certificate of Scope of Federal Employment) (Carter, William) (Entered: 09/04/2024) |

| | | |
|---|---|---|
| 09/05/2024 | 4 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Chief District Judge Kimberly J. Mueller on 9/5/2024: The court is in receipt of Defendant's Motion to Dismiss, ECF No. 3 . The Motion, as filed, is defective. Defendant is directed to comply with Local Rules 302(c)(21) and 230(a) and re-notice the Motion before the assigned Magistrate Judge. Accordingly, the 11/1/2024 Motion Hearing set before Chief District Judge Kimberly J. Mueller is VACATED. (Text Only Entry) (Schultz, C) (Entered: 09/05/2024) |
| 09/05/2024 | | SERVICE BY MAIL: Minute Order, filed at ECF No. 4, served on Roqueta Y Bland. (Schultz, C) (Entered: 09/05/2024) |
| 09/06/2024 | 5 | MOTION to DISMISS by Kevin Kandow. Motion Hearing set for 11/6/2024 at 10:00 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. (Attachments: # 1 Points and Authorities, # 2 Declaration of Kevn Kandow, # 3 Certification of Scope of Employment, # 4 Proof of Service) (Carter, William) (Entered: 09/06/2024) |
| 10/02/2024 | 6 | ORDER signed by Magistrate Judge Allison Claire on 10/01/24 VACATING the 11/06/24 hearing on the 5 Motion to Dismiss, to be re-set as necessary, and ORDERING plaintiff to SHOW CAUSE, in writing within 14 days, why her failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. (Benson, A.) (Entered: 10/02/2024) |
| 10/02/2024 | | SERVICE BY MAIL: 6 Order to Show Cause served on Roqueta Y. Bland. (Benson, A.) (Entered: 10/02/2024) |
| 10/09/2024 | 7 | REPLY by Roqueta Y. Bland to 6 Order and REQUESTING the hearing continues to be scheduled as soon as possible. (Lopez, K) (Entered: 10/10/2024) |
| 10/10/2024 | 8 | ORDER REASSIGNING CASE by Chief Judge Troy L. Nunley: Due to the appointment of District Judge Dena M. Coggins to the bench of the Eastern District of California, this action is reassigned from District Judge *Kimberly J. Mueller* to District Judge Dena M. Coggins for all further proceedings. All hearings currently set before the District Judge in this reassigned action are VACATED. (Salmeron, A) (Entered: 10/10/2024) |
| 10/10/2024 | | SERVICE BY MAIL: 8 Order Reassigning Newly Appointed District Judge, served on Roqueta Y. Bland. (Salmeron, A) (Entered: 10/10/2024) |
| 10/16/2024 | 9 | OBJECTIONS to 8 Order Reassigning Caseby Plaintiff Roqueta Y. Bland. (Licea Chavez, V) (Entered: 10/17/2024) |
| 01/02/2025 | 10 | FINDINGS and RECOMMENDATIONS signed by Magistrate Judge Allison Claire on 12/30/2024 RECOMMENDING that 5 Motion to Dismiss be granted and that the 1 Notice of Removal be dismissed in its entirety for lack ofjurisdiction, and the case closed. Referred to Judge Dena Coggins. Objections to these Findings and Recommendations due within 21 days. (Deputy Clerk KML) (Entered: 01/02/2025) |
| 01/02/2025 | | SERVICE BY MAIL: 10 Findings and Recommendations served on Roqueta Y. Bland. (Deputy Clerk KML) (Entered: 01/02/2025) |
| 01/22/2025 | 11 | OBJECTIONS to 10 FINDINGS and RECOMMENDATIONS by Roqueta Y. Bland. (Deputy Clerk AMW) (Entered: 01/23/2025) |
| 02/06/2025 | 12 | RESPONSE by Kevin Kandow to 11 Objections to Findings and Recommendations. (Carter, William) (Entered: 02/06/2025) |
| 03/25/2025 | 13 | SUPPLEMENTAL EXHIBITS by Roqueta Y. Bland. (Deputy Clerk KEZ) (Entered: 03/26/2025) |

| | | |
|---|---|---|
| 05/12/2025 | 14 | NOTICE re 10 Findings and Recommendations by Roqueta Y. Bland. (Deputy Clerk OML) (Entered: 05/13/2025) |
| 09/30/2025 | 15 | ORDER signed by District Judge Dena M. Coggins on 9/29/2025 ADOPTING 10 Findings and Recommendations in full; GRANTING 5 Motion to Dismiss; CASE CLOSED. (Deputy Clerk KEZ) (Entered: 09/30/2025) |
| 09/30/2025 | 16 | JUDGMENT dated *9/30/2025* pursuant to order signed by District Judge Dena M. Coggins on 9/29/2025. (Deputy Clerk KEZ) (Entered: 09/30/2025) |
| 09/30/2025 | | SERVICE BY MAIL: 15 Order Adopting Findings and Recommendations and 16 Judgment served on Roqueta Y. Bland. (Deputy Clerk KEZ) (Entered: 09/30/2025) |
| 10/16/2025 | 17 | NOTICE of APPEAL by Roqueta Y. Bland as to 15 Order Adopting Findings and Recommendations and 16 Judgment. (Deputy Clerk KEZ) (Entered: 10/17/2025) |
| 10/16/2025 | | RECEIPT number 200015299 for $605.00 from Roqueta Bland. (Deputy Clerk KEZ) (Entered: 10/17/2025) |
| 10/17/2025 | 18 | APPEAL PROCESSED to Ninth Circuit re 17 Notice of Appeal filed by Roqueta Y. Bland. Notice of Appeal filed *10/16/2025*, Complaint filed *8/28/2024* and Appealed Order / Judgment filed *9/30/2025*. ** *Fee Status: Paid on 10/16/2025 in the amount of $605.00* (Attachments: # 1 Appeal Information) (Deputy Clerk KEZ) (Entered: 10/17/2025) |
| 10/17/2025 | | SERVICE BY MAIL: 18 Appeal Processed to USCA served on Roqueta Y. Bland. (Deputy Clerk KEZ) (Entered: 10/17/2025) |
| 10/21/2025 | 19 | USCA CASE NUMBER 25-6596 for 17 Notice of Appeal filed by Roqueta Y. Bland. (Deputy Clerk VLC) (Entered: 10/21/2025) |

**PACER Service Center**

**Transaction Receipt**

06/01/2026 11:39:05

| | | | |
|---|---|---|---|
| **PACER Login:** | WDeanCarter1 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:24-cv-02346-DC-AC |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |